**EXHIBIT 2**

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70182290000104861234

Remove ✕

Your item was picked up at a postal facility at 6:35 pm on May 6, 2021 in PARSIPPANY, NJ 07054.

## ✓ Delivered, Individual Picked Up at Postal Facility

May 6, 2021 at 6:35 pm
PARSIPPANY, NJ 07054

Feedback

---

### Text & Email Updates ⌄

---

### Tracking History ⌃

May 6, 2021, 6:35 pm
Delivered, Individual Picked Up at Postal Facility
PARSIPPANY, NJ 07054
Your item was picked up at a postal facility at 6:35 pm on May 6, 2021 in PARSIPPANY, NJ 07054.

May 6, 2021, 6:29 pm
Arrived at Post Office
PARSIPPANY, NJ 07054

May 5, 2021, 12:45 pm
Departed USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

May 5, 2021, 10:04 am
Arrived at USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

May 4, 2021
In Transit to Next Facility

May 3, 2021, 10:46 pm
Departed USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER

May 3, 2021, 8:02 pm
Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**