**EXHIBIT 3**

WILLIAM GRIFFIN

*Public Adjuster*

128 Poplar Street * Gadsden, TN 38337 * Phone: (731)-420-1402

E-Mail: William@griffinloss.com * Tennessee License # 2489352

## *LETTER OF REPRESENTATION & CO-PAYMENT NOTICE*

Date: _2/3/2021_

Carrier: _Western World_

Claim No: _157404_

Named Insured: _Olympia Strekhaun_

To Whom It May Concern: Please be advised that your named insured (above) has retained William Griffin to represent and assist them in negotiating and settling the above-mentioned claim. With this document, the named insured hereby formally demands the following claim forms be produced within fifteen (15) calendar days, to the mailing address or email address (above):

- A Certified copy of the policy or policies inclusive of all forms, endorsements and declarations page(s).
- A copy of ALL estimates produced on behalf or for the carrier, along with any photographs taken.
- A copy of ALL expert reports, expert documents, coverage letters, etc. that have been provided to the carrier or insured regarding this claim.
- A copy of ALL correspondence which have been sent to the named insured as a result of this claim. In addition to the above-mentioned items, the named insured requests that the Insurance Company, its agents, adjusters (either independent or staff), and experts communicate directly with William Griffin in all matters relating to this claim, including but not limited to, communications, correspondence, related documents, photographs, or video referenced to this loss, until such time as further notice is provided by the insured or its counsel.

From the date, you receive this "Letter of Representation," the named insured, as signed below, directs the "Insurance Company(ies)" to include William Griffin as an additional payee on this claim for all payments made and requests that all payments be mailed directly to the office of William Griffin.

Respectfully,

Insured:

Signature: _William Stank_

Printed Name: _William Saveh_

Date: _2/3/2021_

William Griffin:

Signature: _Will : Sh_

Printed Name: William Griffin

Date: _2/3/2021_

**Helping Hands General Contractors**

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

| | |
|---|---|
| Client: | OLYMPIC STEAKHOUSE |
| Property: | 5711 US-412 |
| | BELLS, TN 38006 |

Operator: DEFAULT

Estimator: William Griffin

Business: (731) 420-1402
E-mail: tn.contractor1@gmail.com

| | | | | |
|---|---|---|---|---|
| Type of Estimate: | Windstorm/Hail | | | |
| Date Entered: | 7/1/2020 | Date Assigned: | 7/31/2020 |
| Date Est. Completed: | 7/1/2020 | Date Job Completed: | 7/31/2020 |

| | |
|---|---|
| Price List: | TNJA8X_JUL20 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | OLYMPIC_CON |

## Code information pertinent to this estimate:

The state of Tennessee has adopted and enforces the 2012 International Building Code for commercial properties and 2009 International Residential Code for one and two-family dwellings. Additionally, Crockett County has adopted 2012 International Building Code for commercial properties and the 2012 International Residential Code for one and two-family dwellings.

### State Adoptions

2012 International Building Code
2012 International Fire Code
2012 International Plumbing Code
2012 International Existing Building Code
2012 International Fuel Gas Code
2012 International Mechanical Code
2012 International Property Maintenance Code
2012 International Energy Conservation Code
2009 International Residential Code

Code website: https://www.iccsafe.org/about-icc/government-relations/map/tennessee/

### Crocket County Adoptions

2012 International Building Code
2012 International Residential Code
2012 International Energy Conservation Code (2nd Printing)
2012 International Mechanical Code
2012 International Plumbing Code
2012 International Fuel Gas Code
2012 IRC Appendix G Swimming Pool Code

## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

2012 International Property Maintenance Code (amended version)
2012 International Fire Code
2009 ICC/ANSI A117.1 Accessible and Usable Buildings and Facilities

Code website: https://www.crockettcountytn.gov/569/Adopted-Codes



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

### OLYMPIC_CON

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 12.00 EA | 613.46 | 0.00 | 1,472.30 | 8,833.82 | (0.00) | 8,833.82 |
| 2. Sheathing - plywood - 1/2" CDX | 512.00 SF | 1.69 | 36.94 | 180.44 | 1,082.66 | (0.00) | 1,082.66 |
| *Plywood for Dumpsters to protect Parking Lot.* | | | | | | | |
| 3. Commercial Supervision / Project Management - per hour | 600.00 HR | 62.70 | 0.00 | 7,524.00 | 45,144.00 | (0.00) | 45,144.00 |
| *10 hours per day for on site project management supervision over a 12 week period.* | | | | | | | |
| 4. Debris Protection Netting* | 2,400.00 SF | 2.74 | 409.50 | 1,397.10 | 8,382.60 | (0.00) | 8,382.60 |
| *To be used and moved as needed during construction to prevent falling objects and debris from damaging or injuring employees and workers.* | | | | | | | |
| 5. Cleaning Technician - per hour | 240.00 HR | 31.09 | 0.00 | 1,492.32 | 8,953.92 | (0.00) | 8,953.92 |
| *Cleaning of Job site and parking lot during and after project completion. Total job time of 12 weeks.* | | | | | | | |
| 6. General Laborer - per hour | 60.00 HR | 32.79 | 0.00 | 393.48 | 2,360.88 | (0.00) | 2,360.88 |
| *Additional labor for cutting metal to fit in dumpster.* | | | | | | | |
| 7. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 8. Negative air fan/Air scrubber (24 hr period) - No monit. | 10.00 DA | 74.51 | 0.00 | 149.02 | 894.12 | (0.00) | 894.12 |
| 9. Test & Balance - HVAC system | 16,000.00 SF | 0.10 | 0.00 | 320.00 | 1,920.00 | (0.00) | 1,920.00 |
| 10. Central air cond. system - recharge - 10lb refrigerant | 6.00 EA | 239.47 | 96.53 | 306.66 | 1,840.01 | (0.00) | 1,840.01 |

| **Totals: General Conditions** | | | 542.97 | 13,535.32 | 81,212.01 | 0.00 | 81,212.01 |
|---|---|---|---|---|---|---|---|

#### OSHA Protocol

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *********Safety Requirements for Occupants and Employees************ | | | | | | | |
| 11. Fall protection harness and lanyard - per day | 600.00 DA | 8.00 | 0.00 | 960.00 | 5,760.00 | (0.00) | 5,760.00 |
| *10 men for a total of 60 days with fall protection gear.* | | | | | | | |
| 12. Caution tape | 3,000.00 LF | 0.08 | 2.93 | 48.58 | 291.51 | (0.00) | 291.51 |
| 13. Temporary fencing - 1-4 months (per month) | 300.00 LF | 2.10 | 0.00 | 126.00 | 756.00 | (0.00) | 756.00 |
| 14. Traffic cones (per unit, per day) | 300.00 DA | 0.83 | 0.00 | 49.80 | 298.80 | (0.00) | 298.80 |
| *This large retail center has high traffic which will need to be directed throughout the project as different phases apply for the safety of workers, subcontractors, employees, and patrons.* | | | | | | | |
| 15. Fall Protection Netting* | 480.00 HR | 32.79 | 0.00 | 3,147.84 | 18,887.04 | (0.00) | 18,887.04 |



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

### CONTINUED - OSHA Protocol

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*2 men for 4 hours per day at 12 week project to install and move fall protection netting.*

*OSHA 1926.105(a)*
*Safety nets shall be provided when workplaces are more than 25 feet above the ground or water surface, or other surfaces where the use of ladders, scaffolds, catch platforms, temporary floors, or safety belts is impractical.*

*1926.105(b)*
*Where safety net protections is required by this part, operations shall not be undertaken until the net is in place and has been tested.*

*1926.105(c)*
*1926.105(c)(1)*
*Net shall extend 8 feet beyond the edge of the work surface where employees are exposed and shall be installed as close under the work surface as practical but in no case more than 25 feet below such work surface. Nets shall be hung with sufficient clearance to prevent user's contact with the surfaces or structures below. Such clearance shall be determined by impact load testing.*

| 16. Roofer - per hour | 120.00 HR | 71.41 | 0.00 | 1,713.84 | 10,283.04 | (0.00) | 10,283.04 |

*2 men for 2 hours per day for a total of 6 weeks setting up and moving railings (required by OSHA) for installation of roofing.*
*1926.501(b)*
*1926.501(b)(1)*
*"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.*

| 17. Onsite Safety Supervisor* | 600.00 HR | 71.41 | 0.00 | 8,569.20 | 51,415.20 | (0.00) | 51,415.20 |

*Onsite Safety Inspector as Required by OSHA. 10 hours per day for the length of 12 week project.*

*1926.502(h)*
*Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions:*

*1926.502(h)(1)*
*The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements:*

*1926.502(h)(1)(i)*
*The safety monitor shall be competent to recognize fall hazards;*

*1926.502(h)(1)(ii)*
*The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner;*

*1926.502(h)(1)(iii)*
*The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored;*

*1926.502(h)(1)(iv)*
*The safety monitor shall be close enough to communicate orally with the employee; and*

*1926.502(h)(1)(v)*
*The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.*

| 18. Telehandler/forklift and operator | 320.00 HR | 104.75 | 0.00 | 6,704.00 | 40,224.00 | (0.00) | 40,224.00 |

**Helping Hands General Contractors**

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

**CONTINUED - OSHA Protocol**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1926.1053(b)(22) | | | | | | | |
| An employee shall not carry any object or load that could cause the employee to lose balance and fall. | | | | | | | |
| 19. OSHA Supervision * | 600.00 HR | 62.70 | 0.00 | 7,524.00 | 45,144.00 | (0.00) | 45,144.00 |
| *OSHA Supervision for 10 hours per day for 12 week construction period.* | | | | | | | |
| **Totals: OSHA Protocol** | | | **2.93** | **28,843.26** | **173,059.59** | **0.00** | **173,059.59** |

**Covid 19 Protocol**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ****** COVID 19 Special Provisions ****** | | | | | | | |
| **COVID 19 Preparation** | | | | | | | |
| **Testing Job Site** | | | | | | | |
| 20. Contamination - on-site ATP testing | 24.00 EA | 23.61 | 6.08 | 114.54 | 687.26 | (0.00) | 687.26 |
| *Includes: Testing swab, use of a luminometer, and labor to collect and test sample, and to record test results.* | | | | | | | |
| *Quality: On-site ATP surface or water test to determine the presence and concentration of bio-contaminants.* | | | | | | | |
| *Note: Pre- or post mitigation testing of surface or water samples. Price is per each test sample.* | | | | | | | |
| 21. Contamination - air or surface testing & lab analysis | 2.00 EA | 115.15 | 3.11 | 46.68 | 280.09 | (0.00) | 280.09 |
| *Includes: Laboratory fee, surface test swab or air test kit, and labor to take a sample and mail to the lab.* | | | | | | | |
| *Note: Pre- or post-mitigation laboratory testing of air, liquid, or surface samples. Price is per each test sample.* | | | | | | | |
| **Testing Workers** | | | | | | | |
| 22. Hazardous Material Remediation (Bid Item) | 4.00 EA | 29.75 | 0.00 | 23.80 | 142.80 | (0.00) | 142.80 |
| *Temperature checks of all workers with a forehead thermomotor at the construction site before they begin work and before they leave the job site.* | | | | | | | |
| 23. General Laborer - per hour | 80.00 HR | 37.22 | 0.00 | 595.52 | 3,573.12 | (0.00) | 3,573.12 |
| *Due to the mandated Covid-19 Pandemic regulations placed upon the construction industry implementing shift work, limiting crossover of subcontractors mandatory hand washing, mandatory additional rest breaks and more, this job will take an extra 80 hours to complete.* | | | | | | | |
| ******** Personal Protective Equipment ******** | | | | | | | |
| **PPE Suits** | | | | | | | |
| 24. Add for personal protective equipment (hazardous cleanup) | 12.00 EA | 14.14 | 16.54 | 37.24 | 223.46 | (0.00) | 223.46 |
| 25. Add for personal protective equipment - Heavy duty | 12.00 EA | 32.96 | 38.56 | 86.82 | 520.90 | (0.00) | 520.90 |
| **PPE Face Covering / Eye Protection** | | | | | | | |
| 26. Personal protective mask (N-95) | 60.00 EA | 5.15 | 30.13 | 67.82 | 406.95 | (0.00) | 406.95 |
| 27. Eye protection - plastic goggles - Disposable | 30.00 EA | 9.73 | 28.46 | 64.08 | 384.44 | (0.00) | 384.44 |
| 28. Face shield - Disposable | 60.00 EA | 5.95 | 34.81 | 78.36 | 470.17 | (0.00) | 470.17 |

**Helping Hands General Contractors**

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

**CONTINUED - Covid 19 Protocol**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **PPE Gloves** | | | | | | | |
| 29. Personal protective gloves - Disposable (per pair) | 60.00 EA | 0.37 | 2.16 | 4.88 | 29.24 | (0.00) | 29.24 |
| **PPE Boots** | | | | | | | |
| 30. Boots - waterproof latex - Disposable (per pair) | 20.00 EA | 9.22 | 17.98 | 40.48 | 242.86 | (0.00) | 242.86 |
| **PPE Accessories** | | | | | | | |
| 31. Tape | 60.00 EA | 10.00 | 58.50 | 0.00 | 658.50 | (0.00) | 658.50 |
| Orig. Desc. - Tape | | | | | | | |
| **PPE Cleaning** | | | | | | | |
| 32. Cleaning Technician - incl. cleaning agent - per hour | 200.00 HR | 36.89 | 23.21 | 1,480.24 | 8,881.45 | (0.00) | 8,881.45 |
| **Temporary Toilet** | | | | | | | |
| 33. Temporary toilet (per month) | 3.00 MO | 121.51 | 0.00 | 72.90 | 437.43 | (0.00) | 437.43 |
| *Due to the Pandemic for the safety of the employees and workers an outdoor portable toilet is mandatory.* | | | | | | | |
| 34. Clean toilet | 90.00 EA | 17.60 | 0.35 | 316.88 | 1,901.23 | (0.00) | 1,901.23 |
| *Cleaning the facilities 1/day for 90 days.* | | | | | | | |
| **Temporary Hand Wash Station** | | | | | | | |
| 35. Soap/hand sanitizer dispenser - wall mounted - High grade | 2.00 EA | 94.27 | 15.21 | 40.76 | 244.51 | (0.00) | 244.51 |
| *Due to the Pandemic for the safety of the employees and workers an outdoor portable hand washing station is mandatory.* | | | | | | | |
| 36. Hazardous Waste/Mold Cleaning - Supervisory/Admin- per hour | 60.00 HR | 60.95 | 0.00 | 731.40 | 4,388.40 | (0.00) | 4,388.40 |
| *Supervisor to assure all protocol are adhered to. Mandated by local officials. Due to the mandated Covid-19 Pandemic regulations placed upon the construction industry implementing shift work, limiting crossover of subcontractors mandatory hand washing, mandatory additional rest breaks and monitors workers during renovations* | | | | | | | |
| ******** Equipment to stop the possible spreading COVID - 19 ******** | | | | | | | |
| **Building / Office / House Protection** | | | | | | | |
| 37. Containment Barrier - tension post - per day | 30.00 DA | 3.47 | 0.00 | 20.82 | 124.92 | (0.00) | 124.92 |
| 38. Peel & seal zipper | 20.00 EA | 12.60 | 18.04 | 54.00 | 324.04 | (0.00) | 324.04 |
| ******** Decontamination Staging Area ******** | | | | | | | |
| **Decontaminating** | | | | | | | |
| 39. Apply biological cleaning agent (spore-based) to the surface area | 26,920. SF 00 | 0.26 | 131.24 | 1,426.08 | 8,556.52 | (0.00) | 8,556.52 |
| Includes: Cleaning/treatment product and labor to apply. | | | | | | | |
| Quality: Spore-based biological treatment with a minimum concentration of 500 billion spores per gallon. | | | | | | | |
| Note: Price per application. Biological spore treatments are typically used as pre-wash and/or post-wash processes, to digest odor-causing and soil compounds, etc. The labor type used in this item is a hazardous materials remediation technician, who typically performs work relating to hazardous materials, which may include asbestos, lead, mold, etc. | | | | | | | |
| 40. Equipment setup, take down, and monitoring (hourly charge) | 40.00 HR | 48.17 | 0.00 | 385.36 | 2,312.16 | (0.00) | 2,312.16 |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

**CONTINUED - Covid 19 Protocol**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41. Equipment decontamination charge - per piece of equipment | 120.00 EA | 34.37 | 51.13 | 835.10 | 5,010.63 | (0.00) | 5,010.63 |
| 42. Hazardous Waste/Mold Cleaning- Supervisory/Admin- per hour | 80.00 HR | 60.95 | 0.00 | 975.20 | 5,851.20 | (0.00) | 5,851.20 |

*Supervisor to assure all protocol are adhered to. Mandated by local officials. Due to the mandated Covid-19 Pandemic regulations placed upon the construction industry implementing shift work, limiting crossover of subcontractors mandatory hand washing, mandatory additional rest breaks and monitors workers during renovations*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Covid 19 Protocol** | | | 475.51 | 7,498.96 | 45,652.28 | 0.00 | 45,652.28 |

**Main Level**



**Building 001 Roof**

20372.48  Surface Area

869.70  Total Perimeter Length

203.72  Number of Squares

307.00  Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Metal roofing - ribbed - 24 gauge - up to 1" | 20,372. SF 48 | 6.80 | 3,734.28 | 28,453.44 | 170,720.59 | (0.00) | 170,720.59 |

*Roof replacement will be completed by one, skilled labor roofing crew. Pricing has been adjusted to correct RFG labor rate. Tennessee GL and WC policies require any tradesman performing labor on roof/elevated surface to be classified as roofer.*

| 44. Vinyl-faced/laminated insulation - 6" | 20,372. SF 48 | 1.78 | 2,284.26 | 7,709.46 | 46,256.74 | (0.00) | 46,256.74 |
|---|---|---|---|---|---|---|---|
| 45. Closure strips for metal panels | 2,300.25 LF | 1.77 | 114.38 | 837.16 | 5,022.98 | (0.00) | 5,022.98 |

*Closure strips for ridges and eaves per installation guidelines.*

| 46. Ridge cap - metal roofing | 307.00 LF | 5.68 | 66.75 | 362.12 | 2,172.63 | (0.00) | 2,172.63 |
|---|---|---|---|---|---|---|---|
| 47. Eave trim for metal roofing - 26 gauge | 575.06 LF | 5.11 | 121.11 | 611.94 | 3,671.61 | (0.00) | 3,671.61 |
| 48. Steel rake/gable trim - color finish | 294.63 LF | 5.07 | 70.67 | 312.90 | 1,877.34 | (0.00) | 1,877.34 |
| 49. Ridge end cap for metal roofing | 3.00 EA | 27.92 | 3.76 | 17.52 | 105.04 | (0.00) | 105.04 |
| 50. Neoprene pipe jack flashing for metal roofing | 6.00 EA | 50.01 | 12.79 | 62.58 | 375.43 | (0.00) | 375.43 |
| 51. Furnace vent - rain cap and storm collar, 6" | 6.00 EA | 77.05 | 15.34 | 95.52 | 573.16 | (0.00) | 573.16 |
| 52. Power attic vent cover only - metal | 4.00 EA | 79.13 | 11.85 | 65.68 | 394.05 | (0.00) | 394.05 |
| 53. Gravity roof ventilator - 18" | 6.00 EA | 42.72 | 0.36 | 51.34 | 308.02 | (0.00) | 308.02 |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

## CONTINUED - Building 001 Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54. Roofer - per hour | 8.00 HR | 71.41 | 0.00 | 114.26 | 685.54 | (0.00) | 685.54 |
| Labor to detach and reset sign that is installed at the front roof of the building. | | | | | | | |
| **Totals: Building 001 Roof** | | | 6,435.55 | 38,693.92 | 232,163.13 | 0.00 | 232,163.13 |

### Building 002 Roof



| | 5719.59 Surface Area | 57.20 Number of Squares |
|---|---|---|
| | 500.59 Total Perimeter Length | 131.00 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Metal roofing - ribbed - 24 gauge - up to 1" | 5,719.59 SF | 6.80 | 1,048.40 | 7,988.32 | 47,929.93 | (0.00) | 47,929.93 |
| Roof replacement will be completed by one, skilled labor roofing crew.  Pricing has been adjusted to correct RFG labor rate.  Tennessee GL and WC policies require any tradesman performing labor on roof/elevated surface to be classified as roofer. | | | | | | | |
| 56. Vinyl-faced/laminated insulation - 6" | 5,719.59 SF | 1.78 | 641.31 | 2,164.44 | 12,986.62 | (0.00) | 12,986.62 |
| 57. Closure strips for metal panels | 1,418.67 LF | 2.24 | 70.54 | 649.66 | 3,898.02 | (0.00) | 3,898.02 |
| Closure strips for ridges and eaves per installation guidelines. | | | | | | | |
| 58. Ridge cap - metal roofing | 131.00 LF | 5.68 | 28.48 | 154.52 | 927.08 | (0.00) | 927.08 |
| 59. Eave trim for metal roofing - 26 gauge | 354.67 LF | 5.11 | 74.69 | 377.42 | 2,264.47 | (0.00) | 2,264.47 |
| 60. Steel rake/gable trim - color finish | 145.92 LF | 5.07 | 35.00 | 154.96 | 929.77 | (0.00) | 929.77 |
| 61. Ridge end cap for metal roofing | 2.00 EA | 27.92 | 2.51 | 11.66 | 70.01 | (0.00) | 70.01 |
| 62. Neoprene pipe jack flashing for metal roofing | 3.00 EA | 50.01 | 6.40 | 31.28 | 187.71 | (0.00) | 187.71 |
| 63. Furnace vent - rain cap and storm collar, 6" | 6.00 EA | 77.05 | 15.34 | 95.52 | 573.16 | (0.00) | 573.16 |
| 64. Gutter / downspout - box - aluminum - 6" | 514.67 LF | 8.72 | 279.00 | 953.38 | 5,720.31 | (0.00) | 5,720.31 |
| 65. Soffit & Fascia Installer - per hour | 20.00 HR | 56.18 | 0.00 | 224.72 | 1,348.32 | (0.00) | 1,348.32 |
| Additional labor for installing gutters on above average height building. | | | | | | | |
| **Totals: Building 002 Roof** | | | 2,201.67 | 12,805.88 | 76,835.40 | 0.00 | 76,835.40 |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

## Storage Building 001



3311.44 Surface Area
280.21 Total Perimeter Length

33.11 Number of Squares
110.00 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 66. Metal roofing - ribbed - 24 gauge - up to 1" | 3,311.44 SF | 6.80 | 606.99 | 4,624.96 | 27,749.75 | (0.00) | 27,749.75 |

*Roof replacement will be completed by one, skilled labor roofing crew. Pricing has been adjusted to correct RFG labor rate. Tennessee GL and WC policies require any tradesman performing labor on roof/elevated surface to be classified as roofer.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. Closure strips for metal panels | 880.00 LF | 1.77 | 43.76 | 320.28 | 1,921.64 | (0.00) | 1,921.64 |

*Closure strips for ridges and eaves per installation guidelines.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Ridge cap - metal roofing | 110.00 LF | 5.68 | 23.92 | 129.74 | 778.46 | (0.00) | 778.46 |
| 69. Eave trim for metal roofing - 26 gauge | 220.00 LF | 5.11 | 46.33 | 234.10 | 1,404.63 | (0.00) | 1,404.63 |
| 70. Steel rake/gable trim - color finish | 60.21 LF | 5.07 | 14.44 | 63.94 | 383.65 | (0.00) | 383.65 |
| 71. Ridge end cap for metal roofing | 2.00 EA | 27.92 | 2.51 | 11.66 | 70.01 | (0.00) | 70.01 |
| 72. Gutter / downspout - box - aluminum - 6" | 380.00 LF | 8.50 | 206.00 | 687.20 | 4,123.20 | (0.00) | 4,123.20 |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Storage Building 001** | | | 943.95 | 6,071.88 | 36,431.34 | 0.00 | 36,431.34 |

## Storage Building 002



3311.44 Surface Area
280.21 Total Perimeter Length

33.11 Number of Squares
110.00 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Metal roofing - ribbed - 24 gauge - up to 1" | 3,311.44 SF | 6.80 | 606.99 | 4,624.96 | 27,749.75 | (0.00) | 27,749.75 |

*Roof replacement will be completed by one, skilled labor roofing crew. Pricing has been adjusted to correct RFG labor rate. Tennessee GL and WC policies require any tradesman performing labor on roof/elevated surface to be classified as roofer.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Closure strips for metal panels | 880.00 LF | 1.77 | 43.76 | 320.28 | 1,921.64 | (0.00) | 1,921.64 |

*Closure strips for ridges and eaves per installation guidelines.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Ridge cap - metal roofing | 110.00 LF | 5.68 | 23.92 | 129.74 | 778.46 | (0.00) | 778.46 |
| 76. Eave trim for metal roofing - 26 gauge | 220.00 LF | 5.11 | 46.33 | 234.10 | 1,404.63 | (0.00) | 1,404.63 |
| 77. Steel rake/gable trim - color finish | 60.21 LF | 5.07 | 14.44 | 63.94 | 383.65 | (0.00) | 383.65 |
| 78. Ridge end cap for metal roofing | 2.00 EA | 27.92 | 2.51 | 11.66 | 70.01 | (0.00) | 70.01 |



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

CONTINUED - Storage Building 002

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. Gutter / downspout - box - aluminum - 6" | 380.00 LF | 8.50 | 206.00 | 687.20 | 4,123.20 | (0.00) | 4,123.20 |
| 80. Final cleaning - construction - Commercial | 0.00 SF | 0.14 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Storage Building 002** | | | 943.95 | 6,071.88 | 36,431.34 | 0.00 | 36,431.34 |
| **Total: Main Level** | | | 10,525.12 | 63,643.56 | 381,861.21 | 0.00 | 381,861.21 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 81. Walk-in freezer unit - 10' x 10' | 4.00 EA | 10,341.37 | 3,345.81 | 8,942.26 | 53,653.55 | (0.00) | 53,653.55 |
| 82. Siding - vinyl | 8,667.06 SF | 3.09 | 1,047.85 | 5,565.84 | 33,394.91 | (0.00) | 33,394.91 |
| 83. Fanfold foam insulation board - 1/4" | 8,667.06 SF | 0.79 | 211.26 | 1,411.66 | 8,469.90 | (0.00) | 8,469.90 |
| 84. Gutter / downspout - aluminum - up to 5" | 755.06 LF | 5.46 | 202.45 | 865.02 | 5,190.09 | (0.00) | 5,190.09 |
| 85. Exterior light fixture - Detach & reset | 27.00 EA | 58.80 | 0.00 | 317.52 | 1,905.12 | (0.00) | 1,905.12 |
| 86. HVAC Technician - per hour | 80.00 HR | 85.06 | 0.00 | 1,360.96 | 8,165.76 | (0.00) | 8,165.76 |
| *HVAC tech to detach and reset all window units and trunk lines for proper installation of siding and roof.* | | | | | | | |
| 87. Fascia - metal - 8" | 869.70 LF | 4.25 | 168.74 | 772.98 | 4,637.94 | (0.00) | 4,637.94 |
| 88. Soffit - vinyl | 869.70 SF | 3.92 | 144.15 | 710.68 | 4,264.06 | (0.00) | 4,264.06 |
| 89. Soffit - vinyl | 3,072.06 SF | 3.92 | 509.19 | 2,510.34 | 15,062.00 | (0.00) | 15,062.00 |
| *Replace vinyl ceiling under front covers at storefront due to wind damage.* | | | | | | | |
| 90. Wall/roof panel - ribbed - 24 gauge - up to 1" | 7,587.06 SF | 6.80 | 1,390.71 | 10,596.54 | 63,579.26 | (0.00) | 63,579.26 |
| *Replace metal above store fronts due to damage. Also replacing wall panels on building 002 due to damage and in order to provide the insured with a reasonable uniform appearance as is required in Tennessee.* | | | | | | | |
| 91. Vinyl-faced/laminated insulation - 3" | 7,587.06 SF | 1.02 | 369.87 | 1,621.74 | 9,730.42 | (0.00) | 9,730.42 |
| 92. Metal Structure Installer - per hour | 40.00 HR | 62.06 | 0.00 | 496.48 | 2,978.88 | (0.00) | 2,978.88 |
| *Additional labor for metal workers to detach and reset the storefront overhead signs for proper installation of the metal panels above storefronts.* | | | | | | | |
| 93. Awning side panels - Alum./steel (Oversized) (PER SET) | 1.00 EA | 100.15 | 6.98 | 21.44 | 128.57 | (0.00) | 128.57 |
| 94. Awning - Window/door - Alum./steel - High grade | 16.00 LF | 72.09 | 87.36 | 248.18 | 1,488.98 | (0.00) | 1,488.98 |
| *Front Black Awning Replacement* | | | | | | | |
| 95. Central air - condenser unit - 2 ton - 16-21 SEER | 6.00 EA | 2,535.61 | 1,275.89 | 3,297.92 | 19,787.47 | (0.00) | 19,787.47 |
| *Replace due to storm damage.* | | | | | | | |

## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

### CONTINUED - Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 96. Special Systems - Electrician - per hour | 40.00 HR | 80.43 | 0.00 | 643.44 | 3,860.64 | (0.00) | 3,860.64 |
| Detach and reset security cameras and low voltage items on exterior of building. | | | | | | | |
| 97. Column - round cast fiberglass, fluted - 10" diameter | 120.00 LF | 49.75 | 402.13 | 1,274.42 | 7,646.55 | (0.00) | 7,646.55 |
| **Totals: Exterior** | | | **9,162.39** | **40,657.42** | **243,944.10** | **0.00** | **243,944.10** |

### Sign

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 98. Commercial sign face | 200.00 SF | 28.89 | 487.50 | 1,253.10 | 7,518.60 | (0.00) | 7,518.60 |
| 99. Crane and operator - 14 ton capacity - 65' extension boom | 20.00 HR | 120.00 | 0.00 | 480.00 | 2,880.00 | (0.00) | 2,880.00 |
| *Crane for replacing the large sign damaged by wind. Two 10 hour days.* | | | | | | | |
| 100. Equipment Operator - per hour | 20.00 HR | 48.76 | 0.00 | 195.04 | 1,170.24 | (0.00) | 1,170.24 |
| *Professional rigger for assistance in large sign replacement. Two 10 hour days.* | | | | | | | |
| 101. Metal Structure Installer - per hour | 80.00 HR | 62.06 | 0.00 | 992.96 | 5,957.76 | (0.00) | 5,957.76 |
| *4 steel workers to install sign for two 10 hour days.* | | | | | | | |
| 102. Scissor lift - 26' platform height (per week) | 1.00 WK | 482.50 | 0.00 | 96.50 | 579.00 | (0.00) | 579.00 |
| **Totals: Sign** | | | **487.50** | **3,017.60** | **18,105.60** | **0.00** | **18,105.60** |

### Interior



**Kitchen**                                                                 Height: 8'

| | |
|---|---|
| 928.03 SF Walls | 814.34 SF Ceiling |
| 1742.37 SF Walls & Ceiling | 814.34 SF Floor |
| 90.48 SY Flooring | 116.00 LF Floor Perimeter |
| 116.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

**CONTINUED - Kitchen**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 103. Final cleaning - construction - Commercial | 814.34 SF | 0.14 | 0.00 | 22.80 | 136.81 | (0.00) | 136.81 |
| **Totals: Kitchen** | | | 0.00 | 22.80 | 136.81 | 0.00 | 136.81 |



### Dining Room 2      Height: 8'

997.58 SF Walls      925.62 SF Ceiling
1923.20 SF Walls & Ceiling      925.62 SF Floor
102.85 SY Flooring      124.70 LF Floor Perimeter
124.70 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 104. Suspended ceiling grid - 2' x 2' | 925.62 SF | 1.92 | 65.88 | 368.62 | 2,211.69 | (0.00) | 2,211.69 |
| 105. Suspended ceiling tile - 2' x 2' | 925.62 SF | 2.20 | 120.93 | 431.46 | 2,588.76 | (0.00) | 2,588.76 |
| 106. Crown molding - 3 1/4" stain grade | 124.70 LF | 5.20 | 37.57 | 137.20 | 823.22 | (0.00) | 823.22 |
| 107. Stain & finish crown molding | 124.70 LF | 1.55 | 2.19 | 39.10 | 234.58 | (0.00) | 234.58 |
| 108. Heat/AC register - Mechanically attached - Detach & reset | 4.00 EA | 11.71 | 0.00 | 9.36 | 56.20 | (0.00) | 56.20 |
| 109. Fluorescent light fixture - 2' & 4' - Detach & reset | 8.00 EA | 57.48 | 0.00 | 91.96 | 551.80 | (0.00) | 551.80 |
| 110. Final cleaning - construction - Commercial | 925.62 SF | 0.14 | 0.00 | 25.92 | 155.51 | (0.00) | 155.51 |
| 111. Content Manipulation charge - per hour | 8.00 HR | 32.79 | 0.00 | 52.46 | 314.78 | (0.00) | 314.78 |
| 112. Recolor/stain grout in tile floor | 925.62 SF | 1.49 | 25.27 | 280.90 | 1,685.34 | (0.00) | 1,685.34 |
| **Totals: Dining Room 2** | | | 251.84 | 1,436.98 | 8,621.88 | 0.00 | 8,621.88 |



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com



**Dining Room 3**                                                                 Height: 8'

| | | |
|---|---|---|
| 1248.08 SF Walls | 1358.68 SF Ceiling | |
| 2606.76 SF Walls & Ceiling | 1358.68 SF Floor | |
| 150.96 SY Flooring | 156.01 LF Floor Perimeter | |
| 156.01 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 113. Suspended ceiling grid - 2' x 2' | 1,358.68 SF | 1.92 | 96.70 | 541.08 | 3,246.44 | (0.00) | 3,246.44 |
| 114. Suspended ceiling tile - 2' x 2' | 1,358.68 SF | 2.20 | 177.51 | 633.32 | 3,799.93 | (0.00) | 3,799.93 |
| 115. Crown molding - 3 1/4" stain grade | 156.01 LF | 5.20 | 47.00 | 171.66 | 1,029.91 | (0.00) | 1,029.91 |
| 116. Stain & finish crown molding | 156.01 LF | 1.55 | 2.74 | 48.90 | 293.46 | (0.00) | 293.46 |
| 117. Heat/AC register - Mechanically attached - Detach & reset | 10.00 EA | 11.71 | 0.00 | 23.42 | 140.52 | (0.00) | 140.52 |
| 118. Fluorescent light fixture - 2' & 4' - Detach & reset | 20.00 EA | 57.48 | 0.00 | 229.92 | 1,379.52 | (0.00) | 1,379.52 |
| 119. Final cleaning - construction - Commercial | 1,358.68 SF | 0.14 | 0.00 | 38.04 | 228.26 | (0.00) | 228.26 |
| 120. Content Manipulation charge - per hour | 8.00 HR | 32.79 | 0.00 | 52.46 | 314.78 | (0.00) | 314.78 |
| 121. Recolor/stain grout in tile floor | 1,358.68 SF | 1.49 | 37.09 | 412.30 | 2,473.82 | (0.00) | 2,473.82 |
| **Totals: Dining Room 3** | | | 361.04 | 2,151.10 | 12,906.64 | 0.00 | 12,906.64 |



**Hallway**                                                                 Height: 8'

| | | |
|---|---|---|
| 319.95 SF Walls | 70.03 SF Ceiling | |
| 389.99 LF Walls & Ceiling | 70.03 SF Floor | |
| 7.78 SY Flooring | 39.49 LF Floor Perimeter | |
| 42.49 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**                3' X 6' 8"                    Opens into BUFFET_AREA

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 122. Final cleaning - construction - Commercial | 70.03 SF | 0.14 | 0.00 | 1.96 | 11.76 | (0.00) | 11.76 |
| **Totals: Hallway** | | | 0.00 | 1.96 | 11.76 | 0.00 | 11.76 |

## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com



### Womens Room — Height: 8'

| | | | |
|---|---|---|---|
| 228.00 SF Walls | | 49.68 SF Ceiling | |
| 277.68 SF Walls & Ceiling | | 49.68 SF Floor | |
| 5.52 SY Flooring | | 28.50 LF Floor Perimeter | |
| 28.50 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 123. Final cleaning - construction - Commercial | 49.68 SF | 0.14 | 0.00 | 1.40 | 8.36 | (0.00) | 8.36 |
| **Totals: Womens Room** | | | 0.00 | 1.40 | 8.36 | 0.00 | 8.36 |



### Mens Room — Height: 8'

| | | | |
|---|---|---|---|
| 230.67 SF Walls | | 51.04 SF Ceiling | |
| 281.71 SF Walls & Ceiling | | 51.04 SF Floor | |
| 5.67 SY Flooring | | 28.83 LF Floor Perimeter | |
| 28.83 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 124. Final cleaning - construction - Commercial | 51.04 SF | 0.14 | 0.00 | 1.44 | 8.59 | (0.00) | 8.59 |
| **Totals: Mens Room** | | | 0.00 | 1.44 | 8.59 | 0.00 | 8.59 |



### Dining Room 1 — Height: 8'

| | | | |
|---|---|---|---|
| 1139.90 SF Walls | | 1748.33 SF Ceiling | |
| 2888.23 SF Walls & Ceiling | | 1748.33 SF Floor | |
| 194.26 SY Flooring | | 142.49 LF Floor Perimeter | |
| 142.49 LF Ceil. Perimeter | | | |

**Missing Wall**     37' 4" X 8'     Opens into BUFFET_AREA

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 125. Suspended ceiling grid - 2' x 2' | 1,748.33 SF | 1.92 | 124.44 | 696.24 | 4,177.47 | (0.00) | 4,177.47 |
| 126. Suspended ceiling tile - 2' x 2' | 1,748.33 SF | 2.20 | 228.42 | 814.94 | 4,889.69 | (0.00) | 4,889.69 |
| 127. Crown molding - 3 1/4" stain grade | 142.49 LF | 5.20 | 42.93 | 156.76 | 940.64 | (0.00) | 940.64 |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

**CONTINUED - Dining Room 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 128. Stain & finish crown molding | 142.49 LF | 1.55 | 2.50 | 44.68 | 268.04 | (0.00) | 268.04 |
| 129. Heat/AC register - Mechanically attached - Detach & reset | 6.00 EA | 11.71 | 0.00 | 14.06 | 84.32 | (0.00) | 84.32 |
| 130. Fluorescent light fixture - 2' & 4' - Detach & reset | 10.00 EA | 57.48 | 0.00 | 114.96 | 689.76 | (0.00) | 689.76 |
| 131. Final cleaning - construction - Commercial | 1,748.33 SF | 0.14 | 0.00 | 48.96 | 293.73 | (0.00) | 293.73 |
| 132. Content Manipulation charge - per hour | 8.00 HR | 32.79 | 0.00 | 52.46 | 314.78 | (0.00) | 314.78 |
| 133. Recolor/stain grout in tile floor | 1,748.33 SF | 1.49 | 47.73 | 530.54 | 3,183.28 | (0.00) | 3,183.28 |
| **Totals: Dining Room 1** | | | 446.02 | 2,473.60 | 14,841.71 | 0.00 | 14,841.71 |

**Room3**          Height: 8'

| | |
|---|---|
| 570.74 SF Walls | 247.23 SF Ceiling |
| 817.97 SF Walls & Ceiling | 247.23 SF Floor |
| 27.47 SY Flooring | 71.34 LF Floor Perimeter |
| 71.34 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 134. Final cleaning - construction - Commercial | 247.23 SF | 0.14 | 0.00 | 6.92 | 41.53 | (0.00) | 41.53 |
| **Totals: Room3** | | | 0.00 | 6.92 | 41.53 | 0.00 | 41.53 |



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com



**Buffet Area**                                                                 Height: 8'

| | |
|---|---|
| 1174.42 SF Walls | 1578.04 SF Ceiling |
| 2752.46 SF Walls & Ceiling | 1578.04 SF Floor |
| 175.34 SY Flooring | 146.30 LF Floor Perimeter |
| 149.30 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into HALLWAY |
| Missing Wall | 37' 4" X 8' | Opens into ROOM1 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 135. Suspended ceiling grid - 2' x 2' | 1,578.04 SF | 1.92 | 112.32 | 628.42 | 3,770.58 | (0.00) | 3,770.58 |
| 136. Suspended ceiling tile - 2' x 2' | 1,578.04 SF | 2.20 | 206.17 | 735.58 | 4,413.44 | (0.00) | 4,413.44 |
| 137. Crown molding - 3 1/4" stain grade | 149.30 LF | 5.20 | 44.98 | 164.28 | 985.63 | (0.00) | 985.63 |
| 138. Stain & finish crown molding | 149.30 LF | 1.55 | 2.62 | 46.80 | 280.84 | (0.00) | 280.84 |
| 139. Heat/AC register - Mechanically attached - Detach & reset | 6.00 EA | 11.71 | 0.00 | 14.06 | 84.32 | (0.00) | 84.32 |
| 140. Fluorescent light fixture - 2' & 4' - Detach & reset | 10.00 EA | 57.48 | 0.00 | 114.96 | 689.76 | (0.00) | 689.76 |
| 141. Final cleaning - construction - Commercial | 1,578.04 SF | 0.14 | 0.00 | 44.18 | 265.11 | (0.00) | 265.11 |
| 142. Content Manipulation charge - per hour | 8.00 HR | 32.79 | 0.00 | 52.46 | 314.78 | (0.00) | 314.78 |
| 143. Recolor/stain grout in tile floor | 1,578.04 SF | 1.49 | 43.08 | 478.88 | 2,873.24 | (0.00) | 2,873.24 |
| **Totals: Buffet Area** | | | 409.17 | 2,279.62 | 13,677.70 | 0.00 | 13,677.70 |
| **Total: Interior** | | | 1,468.07 | 8,375.82 | 50,254.98 | 0.00 | 50,254.98 |

### Storage Buildings Exterior Elevations

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 144. Wall/roof panel - ribbed - 24 gauge - up to 1" | 1,248.00 SF | 6.80 | 228.76 | 1,743.04 | 10,458.20 | (0.00) | 10,458.20 |
| **Totals: Storage Buildings Exterior Elevations** | | | 228.76 | 1,743.04 | 10,458.20 | 0.00 | 10,458.20 |
| **Line Item Totals: OLYMPIC_CON** | | | 22,893.25 | 167,314.98 | 1,004,547.97 | 0.00 | 1,004,547.97 |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

## Grand Total Areas:

| | | |
|---|---|---|
| 6,837.37 SF Walls | 6,843.00 SF Ceiling | 13,680.37 SF Walls and Ceiling |
| 6,843.00 SF Floor | 760.33 SY Flooring | 853.67 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 859.67 LF Ceil. Perimeter |
| | | |
| 6,843.00 Floor Area | 7,045.56 Total Area | 6,837.37 Interior Wall Area |
| 25,941.72 Exterior Wall Area | 1,528.53 Exterior Perimeter of Walls | |
| | | |
| 32,714.94 Surface Area | 327.15 Number of Squares | 869.70 Total Perimeter Length |
| 658.00 Total Ridge Length | 0.00 Total Hip Length | |

## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

### Summary

| | |
|---|---:|
| Line Item Total | 814,339.74 |
| Material Sales Tax | 22,893.25 |
| Subtotal | 837,232.99 |
| Overhead | 83,657.49 |
| Profit | 83,657.49 |
| **Replacement Cost Value** | **$1,004,547.97** |
| **Net Claim** | **$1,004,547.97** |

William Griffin



## Helping Hands General Contractors

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (9.75%) | P Ppty Material Tax (9.75%) | P Ppty Cleaning Tax (9.75%) | Storage Rental Tax (9.75%) | Food Tax (7.75%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 83,657.49 | 83,657.49 | 22,893.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | |
| | 83,657.49 | 83,657.49 | 22,893.25 | 0.00 | 0.00 | 0.00 | 0.00 |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

## Recap by Room

**Estimate: OLYMPIC_CON**

| | | |
|---|---:|---:|
| General Conditions | 67,133.72 | 8.24% |
| OSHA Protocol | 144,213.40 | 17.71% |
| Covid 19 Protocol | 37,677.81 | 4.63% |
| | | |
| **Area: Main Level** | | |
| Building 001 Roof | 187,033.66 | 22.97% |
| Building 002 Roof | 61,827.85 | 7.59% |
| Storage Building 001 | 29,415.51 | 3.61% |
| Storage Building 002 | 29,415.51 | 3.61% |
| | | |
| Area Subtotal:  Main Level | 307,692.53 | 37.78% |
| Exterior | 194,124.29 | 23.84% |
| Sign | 14,600.50 | 1.79% |
| | | |
| **Area: Interior** | | |
| Kitchen | 114.01 | 0.01% |
| Dining Room 2 | 6,933.06 | 0.85% |
| Dining Room 3 | 10,394.50 | 1.28% |
| Hallway | 9.80 | |
| Womens Room | 6.96 | |
| Mens Room | 7.15 | |
| Dining Room 1 | 11,922.09 | 1.46% |
| Room3 | 34.61 | |
| Buffet Area | 10,988.91 | 1.35% |
| | | |
| Area Subtotal:  Interior | 40,411.09 | 4.96% |
| Storage Buildings Exterior Elevations | 8,486.40 | 1.04% |
| | | |
| **Subtotal of Areas** | 814,339.74 | 100.00% |
| | | |
| **Total** | 814,339.74 | 100.00% |

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| ACOUSTICAL TREATMENTS | 21,320.54 | 2.12% |
| AWNINGS & PATIO COVERS | 1,232.54 | 0.12% |
| CLEANING | 17,381.64 | 1.73% |
| CONTENT MANIPULATION | 1,049.28 | 0.10% |
| GENERAL DEMOLITION | 71,724.78 | 7.14% |
| ELECTRICAL - SPECIAL SYSTEMS | 3,217.20 | 0.32% |
| MISC. EQUIPMENT - COMMERCIAL | 50,309.08 | 5.01% |
| HEAVY EQUIPMENT | 37,377.70 | 3.72% |
| FLOOR COVERING - CERAMIC TILE | 8,359.89 | 0.83% |
| PERMITS AND FEES | 1,500.00 | 0.15% |
| FINISH CARPENTRY / TRIMWORK | 8,000.59 | 0.80% |
| FINISH HARDWARE | 176.46 | 0.02% |
| FRAMING & ROUGH CARPENTRY | 670.72 | 0.07% |
| HAZARDOUS MATERIAL REMEDIATION | 18,949.50 | 1.89% |
| HEAT, VENT & AIR CONDITIONING | 25,639.22 | 2.55% |
| INSULATION | 44,643.36 | 4.44% |
| LABOR ONLY | 99,581.20 | 9.91% |
| LIGHT FIXTURES | 4,346.64 | 0.43% |
| METAL STRUCTURES & COMPONENTS | 66,910.35 | 6.66% |
| PAINTING | 887.39 | 0.09% |
| ROOFING | 262,313.55 | 26.11% |
| SCAFFOLDING | 4,800.00 | 0.48% |
| SIDING | 26,347.87 | 2.62% |
| SOFFIT, FASCIA, & GUTTER | 32,792.97 | 3.26% |
| TEMPORARY REPAIRS | 1,483.53 | 0.15% |
| WATER EXTRACTION & REMEDIATION | 2,723.74 | 0.27% |
| O&P Items Subtotal | 813,739.74 | 81.01% |

| Non-O&P Items | Total | % |
|---|---:|---:|
| OFFICE SUPPLIES | 600.00 | 0.06% |
| Non-O&P Items Subtotal | 600.00 | 0.06% |
| O&P Items Subtotal | 813,739.74 | 81.01% |
| Material Sales Tax | 22,893.25 | 2.28% |
| Overhead | 83,657.49 | 8.33% |
| Profit | 83,657.49 | 8.33% |
| Total | 1,004,547.97 | 100.00% |



**Helping Hands General Contractors**

Helping Hands General Contractors
120 East Main St. Suite 310
Murfreesboro, Tennessee 37130
(615) 984-4285
helpinghandsmidtn.com

**General Contractor Overhead and Profit.**
Your insured has hired a general contractor. In this event it is necessary to include these additional monies to allow a general contractor to perform the functions of scheduling, managing, and coordinating the many trades involved in the repair of this property. This may be due to your insured's lack of construction knowledge or available time. It is not appropriate to require a property owner assume this unpaid work and time burden because of an insurance claim.
A factor of overhead and profit for individual trades are included in estimate line items but there is no allowance for the general contractor to be paid for their necessary work outside of GC O&P. This explanation can be found on the Xactware web site at:
**https://eservice.xactware.com/esc/pdf/overhead-and-profit-20110601.pdf**

------------------------------------------------------------------------------------------------------------------------------

This Xactimate estimate is not an offer of work on an individual line item basis. It is a bid and offer only on the lump sum price. The pricing detail is provided as an accommodation to allow for comparison of this estimate with market rate bids from other contractors in the area. Xactimate does not include or account for many of the added costs or considerations of expenses incurred by disaster recovery contractors, nor does it include various general and specific costs that have been spent to date or will be spent in the future in performing this work, such as travel and remote and emergency staging of personnel and materials. Therefore, the line items reflected in this proposal are for comparison purposes only and may not reflect the actual costs that may be incurred in performing this work, including unit pricing, subcontracted work, outside and general expenses, charges or credits for costs above or below market rates, or compensation for unrecoverable expenses and/or the actual overall profit or loss that may be realized in performing this work and is relevant to Contractor's cost to perform this work. Authorization to perform the work reflected above shall constitute a binding bilateral obligation wherein Contractor takes on the risk to guarantee work and pricing on the scope provided in exchange for promise of payment of the lump sum pricing offered above. If the currently defined scope of the repair or replacement changes, Contractor reserves the right to supplement. Credit for work eliminated from this estimate is subject to separate pricing and may not be calculated at the unit rates reflected above

------------------------------------------------------------------------------------------------------------------------------