**EXHIBIT 4**

February 4, 2021

*Sent Via E-Mail*

Olympic Steakhouse
5711 Hwy 412
Bells, TN 38006

RE:    Claim No.:      157404
         Our Insured:   Olympic Steakhouse
         Loss Location: 5711 Hwy 412 Bells, TN 38006
         Date of Loss:  07/09/2020
         Policy No.:     NPP8664937

Dear Mr. Saveh,

We recently received your claim for the above referenced loss. Based on the information you provided, your policy, and the inspection we have determined that the damage caused by wind, hail and water to 5711 Hwy 412 Bells, TN 38006 is a covered loss.

Please show this estimate to your contractor and have that person call me with any questions about price or scope. Please notify us of any potential changes in scope or price. Unapproved changes will not be covered.

Your <u>building damage</u> claim has been calculated as follows:

| | | |
|---|---|---|
| 1. | The full cost of repair or replacement is: | $26,526.01 |
| 2. | The non-recoverable depreciation is | $ 331.80 |
| 3. | The actual cash value of the loss is<br>(Line 1 Minus Lines 2 and 3) | $26,194.21 |
| 4. | Less Deductible: | <u>$ 2,500.00</u> |
| 5. | Actual cash value claim payable is: | $23,694.21 |

A check for $23,694.21 has been authorized and will be sent to you separately. The mortgagee Marlin Business Bank is added to any payment above $2,500.00.

Western World acknowledges receipt of the sworn statement in proof of loss you submitted on October 1, 2020. Unfortunately we are unable to accept the proof as we disagree with the replacement cost and actual cash value figures you have submitted. Please note any and all proofs are here by explicitly rejected.

- Western World disagrees with the amount claimed.
- Proof of Loss failed to identify depreciation.
- Proof of Loss failed to identify actual cash value.
- Proof of Loss failed to identify the policies deductible.

Please refer to page 9 of your **CP 00 10 06 07 Building and Personal Property Coverage Form:**

    E. Loss Conditions
    The following conditions apply in addition to the

> Common Policy Conditions and the Commercial Property Conditions.
>
> \*\*\*\*
> 2. Appraisal
>
> If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
> a. Pay its chosen appraiser; and
> b. Bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we still retain our right to deny the claim.

Should you elect to proceed with the appraisal as outlined in your policy please see that your written demand is submitted by Friday March 5, 2021.

If the full cost allowed for repair or replacement is found to be insufficient you must contact Western World Insurance to discuss any supplemental claim before repairs are initiated. Unapproved changes will not be covered.

All of Western World's rights are hereby expressly reserved, and no acts or failure to act by Western World are intended, nor shall they be construed as a waiver of any of Western World's rights. Please be advised that Western World does and will insist upon strict compliance with all the foregoing requirements and with all other policy terms, conditions and requirements contained in its policy of insurance.

Thank you for your assistance and cooperation in handling this claim. If you have any questions, please contact me at (201) 625- 636-9702.

Sincerely,

*Rich Teglia*

Rich Teglia
Property Claim Specialist

CC:



## Parker Loss Consultants

130 Chieftain Drive, Suite 102
Waxahachie, Texas 75165

|  |  |  |  |
|---|---|---|---|
| Insured: | Olympic Steakhouse | Home: | (731) 501-9723 |
| Property: | 5711 Hwy 412 | | |
| | Bells, TN 38006 | | |
| | | | |
| Claim Rep.: | Richard Teglia | Business: | (201) 636-9072 |
| Company: | Western World Insurance Group | E-mail: | R.Teglia@WesternWorld.com |
| | | | |
| Estimator: | Casey Newport | Business: | (901) 262-5444 |
| | | E-mail: | caseynewport@comcast.net |
| | | | |
| Reference: | Richard Teglia | Business: | (201) 847-8600 |
| Company: | Western World Insurance Group | | |
| Business: | 300 Kimball Avenue, Suite 500 | | |
| | Parsippany, NJ 07054 | | |

**Claim Number:** 157404          **Policy Number:** NPP8664937          **Type of Loss:** Hail

|  |  |  |  |
|---|---|---|---|
| Date Contacted: | 7/10/2020 | | |
| Date of Loss: | 5/3/2020 | Date Received: | 7/9/2020 |
| Date Inspected: | 7/30/2020 | Date Entered: | 8/4/2020 11:00 AM |
| Date Est. Completed: | 7/1/2020 | | |
| | | | |
| Price List: | TNJA8X_MAY20 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | OLYMPIC_STEAKHOUSE | | |

**Important! Please Read First:**

This is an estimate of damages only. It is not an offer of settlement. This estimate is subject to the review and approval of Western World Insurance Group. This is not an authorization of repair, nor is it a guarantee of payment. Your policy may contain terms or conditions which may impact coverage regarding these damages. Pending approval, neither the insurer nor its representatives assumes responsibility for repairs.

This estimate is prepared using prevailing prices of building materials and labor in your area. The ultimate choice of a contractor is up to you. If the contractor you choose thinks he or she is unable to complete the specified repairs for the amount allowed in our estimate, please have your contractor contact me immediately. Any request for supplemental funds must be made prior to the work being done, or such request cannot be honored.


**Parker Loss Consultants**

130 Chieftain Drive, Suite 102
Waxahachie, Texas 75165

## OLYMPIC-ME

### Roof

### Main Level

#### 01/04 Roof



8235.94 Surface Area  82.36 Number of Squares
794.49 Total Perimeter Length  60.25 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. R&R Metal roofing | 5,997.20 SF | 3.92 | 707.52 | 24,216.55 | (290.26) | 23,926.29 |
| 2. R&R Eave trim for metal roofing - 26 gauge | 171.75 LF | 4.49 | 36.17 | 807.33 | (14.84) | 792.49 |
| 3. R&R Gable trim for metal roofing - 26 gauge | 166.25 LF | 4.86 | 41.01 | 848.99 | (16.82) | 832.17 |
| 4. R&R Ridge cap - metal roofing | 110.75 LF | 5.68 | 24.08 | 653.14 | (9.88) | 643.26 |
| **Totals: 01/04 Roof** | | | 808.78 | 26,526.01 | 331.80 | 26,194.21 |
| **Total: Main Level** | | | 808.78 | 26,526.01 | 331.80 | 26,194.21 |
| **Total: Roof** | | | 808.78 | 26,526.01 | 331.80 | 26,194.21 |
| **Line Item Totals: OLYMPIC-ME** | | | 808.78 | 26,526.01 | 331.80 | 26,194.21 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,287.00 | SF Walls | 8,140.00 | SF Ceiling | 15,427.00 | SF Walls and Ceiling |
| 8,140.00 | SF Floor | 904.44 | SY Flooring | 520.50 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 520.50 | LF Ceil. Perimeter |
| 8,140.00 | Floor Area | 8,140.00 | Total Area | 7,287.00 | Interior Wall Area |
| 20,197.99 | Exterior Wall Area | 520.50 | Exterior Perimeter of Walls | | |
| 35,163.49 | Surface Area | 351.63 | Number of Squares | 1,106.65 | Total Perimeter Length |
| 647.50 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Parker Loss Consultants**

130 Chieftain Drive, Suite 102
Waxahachie, Texas 75165

## Summary for 01/04 Building

| | |
|---|---:|
| Line Item Total | 25,717.23 |
| Material Sales Tax | 808.78 |
| **Replacement Cost Value** | **$26,526.01** |
| Less Depreciation | (331.80) |
| **Actual Cash Value** | **$26,194.21** |
| Less Deductible | (2,500.00) |
| **Net Claim** | **$23,694.21** |
| Total Depreciation | 331.80 |
| Less Coinsurance          [Full Coinsurance = 12,862.46] | (331.80) |
| Total Recoverable Depreciation | 0.00 |
| **Net Claim if Depreciation is Recovered** | **$23,694.21** |

Casey Newport