**EXHIBIT 5**

STOCK COMPANY

# WESTERN WORLD

An AIG company

## COMMERCIAL LINES POLICY

**POLICY NUMBER: NPP8664937**

**Prior Policy Number: NPP8518775**

[X] **WESTERN WORLD INSURANCE COMPANY**    [ ] **TUDOR INSURANCE COMPANY**    [ ] **STRATFORD INSURANCE COMPANY**

## COMMON POLICY DECLARATIONS

**Agent/Broker #31601**

**Named Insured and Mailing Address:**

Olympic Steakhouse

5711 Hwy 412

BELLS, TN 38006

This insurance contract is with an insurer not licensed to transact insurance in the state and is issued and delivered as a surplus line coverage pursuant to the Tennessee Insurance statutes.

**Producer:**

Risk Placement Services, Inc. - Florence
301 E. Limestone Street

Florence, AL 35630

**Policy Period:** (Mo./Day/Yr.)

From: 03/13/2020      To: 03/13/2021      12:01 AM, standard time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGES FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

|  |  |  |
|---|---|---|
| | Commercial Property Coverage Part | $ ▮▮▮▮ |
| | Commercial General Liability Coverage Part | $ ▮▮▮▮ |
| | Commercial Auto Coverage Part | $ NOT COVERED |
| | | $ |
| | | $ |
| | | $ |
| Other Coverages: | Terrorism Risk Insurance Act | $ NOT COVERED |
| | | $ |
| | | $ |
| | | $ |
| | TOTAL ADVANCE PREMIUM | $ ▮▮▮▮ |
| | Broker Fee - RPS | $ ▮▮▮▮ |
| | TN Surplus Lines Tax | $ ▮▮▮▮ |
| | TN Clearinghouse Fee | $ ▮▮▮▮ |
| | | $ |
| | | $ |
| | | $ |

Forms and endorsements applying to this policy and attached at time of issue:

See Applicable Schedule Of Forms And Endorsements

**GRAND TOTAL**    $ ▮▮▮▮

WW230 (06/17)

POLICY NUMBER: **NPP8664937**

---

The Named Insured Is:

[X] Individual   [ ] Partnership   [ ] Limited Liability Company   [ ] Organization/Corporation   [ ] Trust

[ ] Other _____

Location of Business:
See WW10A

Business Description:
Restaurant

---

THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART DECLARATIONS, THE COMMON POLICY CONDITIONS, COVERAGE FORM(S), AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

# WESTERN WORLD INSURANCE GROUP

## Western World Insurance Company
## Tudor Insurance Company
## Stratford Insurance Company

Administrative Office
300 Kimball Drive, Suite 500
Parsippany, New Jersey 07054

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If required by state law, this policy shall not be valid unless countersigned by **our** authorized representative.

Secretary

President

| Countersigned: | | |
|---|---|---|
| 03/19/2020   SHAIKHMI | By | |
| | | Authorized Representative |

WW230 (06/17)

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS

Policy Number: <u>NPP8664937</u>          Effective Date: <u>03/13/2020</u>   12:01 A.M., Standard Time

☒ "X" if Supplemental Declarations is attached.

## ITEM 1. DESCRIPTION OF PREMISES

| PREM NO. | BLDG. NO. | LOCATION (Street, City, State, Zip) | CONSTRUCTION | OCCUPANCY |
|---|---|---|---|---|
| 1 | 1 | 5711 Hwy 412 BELLS, TN 38006 | Modified Fire | Restaurants |
| | | | Resistive | |
| 1 | 2 | 5711 Hwy 412 BELLS, TN 38006 | Noncombustible | Warehouses |
| 1 | 3 | 5711 Hwy 412 BELLS, TN 38006 | Noncombustible | Warehouses |
| 1 | 4 | 5711 Hwy 412 BELLS, TN 38006 | Noncombustible | Warehouses |
| | | | | |
| | | | | |

## ITEM 2. COVERAGES PROVIDED - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY TO COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN. REFER TO SCHEDULE OF FORMS AND ENDORSEMENTS FOR ANY MODIFICATIONS TO THE COVERED CAUSES OF LOSS.

| PREM NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSUR-ANCE† | PREMIUM |
|---|---|---|---|---|---|---|
| 1 | 1 | Building | $1,020,000 | Special | 80 % | ▉ |
| 1 | 1 | Business Personal Property | $31,200 | Special | 80 % | ▉ |
| 1 | 1 | Spoilage - CP0440 | $10,000 | Special | % | ▉ |
| 1 | 1 | Business Income (and Extra Expense) | $125,000 | Special | % | ▉ |
| 1 | 1 | Property Plus - Direct Damage | $50,000 | Special | % | ▉ |
| 1 | 2 | Building | $75,000 | Special | 80 % | ▉ |
| 1 | 3 | Building | $75,000 | Special | 80 % | ▉ |
| 1 | 4 | Building | $151,500 | Special | 80 % | ▉ |

† IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

## ITEM 3. OPTIONAL COVERAGES - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

| | | REPLACEMENT COST - (X) BELOW HEADING WHERE APPLICABLE | | | APPLIES TO BUSINESS INCOME ONLY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PREM NO. | BLDG. NO. | BUILDING | BUSINESS PERSONAL PROPERTY | INCLUDING "STOCK" | PREM NO. | BLDG. NO. | MONTHLY LIMIT OF INDEMNITY (Fraction) | MAXIMUM PERIOD OF INDEM. (Days) | EXTENDED PERIOD OF INDEM. (Days) |
| 1 | 1 | X | | | 1 | 1 | 1/4 | | |
| 1 | 1 | | X | | | | | | |
| 1 | 2 | X | | | | | | | |
| 1 | 3 | X | | | | | | | |
| 1 | 4 | X | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## ITEM 4. DEDUCTIBLE

$2,500          EXCEPTIONS: $

## ITEM 5. FORMS AND ENDORSEMENTS

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE -
**SEE SCHEDULE OF FORMS AND ENDORSEMENTS**

## ITEM 6. PREMIUM

PREMIUM FOR THIS COVERAGE PART:   $7,938.00

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

# COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Policy Number: NPP8664937          Effective Date: 03/13/2020     12:01 A.M., Standard Time

### ITEM 1. DESCRIPTION OF PREMISES

| PREM NO. | BLDG. NO. | LOCATION (Street, City, State, Zip) | CONSTRUCTION | OCCUPANCY |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### ITEM 2. COVERAGES PROVIDED - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY TO COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN. REFER TO SCHEDULE OF FORMS AND ENDORSEMENTS FOR ANY MODIFICATIONS TO THE COVERED CAUSES OF LOSS.

| PREM NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSUR- ANCE† | PREMIUM |
|---|---|---|---|---|---|---|
| 1 | 4 | Business Personal Property | $72,800 | Special | 80 % | ██████ |
| 1 | 4 | Spoilage - CP0440 | $25,000 | Special | % | ██████ |
| ALL | ALL | Equipment Breakdown | $ | | % | $Incl. |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |

† IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

### ITEM 3. OPTIONAL COVERAGES - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

REPLACEMENT COST - (X) BELOW HEADING WHERE APPLICABLE | APPLIES TO BUSINESS INCOME ONLY

| PREM NO. | BLDG. NO. | BUILDING | BUSINESS PERSONAL PROPERTY | INCLUDING "STOCK" | PREM NO. | BLDG. NO. | MONTHLY LIMIT OF INDEMNITY (Fraction) | MAXIMUM PERIOD OF INDEM. (Days) | EXTENDED PERIOD OF INDEM. (Days) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | | X | | | | | | |
| 1 | 4 | | X | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.