IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WILLIAM SAVEH D/B/A OLYMPIC STEAKHOUSE,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN WORLD INSURANCE COMPANY,<br><br>    Defendant. | Case Nos: 1:21-cv-02373-JDB-jay<br>            1:23-cv-02191-JDB-jay |

## **DECLARATION OF CHARLES H. MURRAY, JR.**

I, Charles H. Murray, Jr., pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am an adult resident of the State of Delaware, am competent to provide the testimony stated herein, and make this declaration based on personal knowledge.

2. I have been involved in the insurance industry since 1970. Attached to this Declaration as **Exhibit A** is a true and correct copy of my CV.

3. I have reviewed your e-mail and the documents attached and I will comment on your unpaid bill/retainer.

4. Your e-mail, dated 11/12/2024 5:41 PM, to the two appraisers spells out the terms and conditions on which you intend to prosecute this appraisal. You were appointed by Honorable Judge Daniel Breen because he had confidence that you would be fair, impartial and complete the appraisal within the 90 days allocated by the count. Further:

    a. You spelled out a road map of how you would approach bringing this appraisal to conclusion: No Ex-Parte discussions, all communications will be held by the full panel;

    b. You required a site visit to the loss location unless both appraisers agreed it was not necessary;

**Exhibit 3**

c. You required both appraisers to supply all information, in any forms, to the panel;

d. You reviewed all documents submitted to you, over 3,000, and formed an understanding to the issues;

e. You allowed 48 hours for each appraiser to supply the panel with rebuttals to each other's position;

f. You completed a site visit;

g. You clearly stated that your goal was to get a three-signature award so that the award is not contested;

h. You clearly stated your fee schedule and by the appraiser's acceptance of your appointment they agreed to those terms and conditions;

i. You clearly stated that "my service fee will be paid in full BEFORE I render the final award";

j. The panel understood that this would be an expedited appraisal, 90 days, and time sensitive;

5. The appraisal clause states: "If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser." Once the Policyholder and the Insurance Company pick their respective appraisers, they have no more involvement in the appraisal process until the AWARD is made.

6. Once an AWARD is issued, the insurance company will pay any covered award, not already paid, and both parties are required to pay their respective appraisers fee and split the Umpires fee and costs.

7. In the lawsuit filed by the Policyholder to adjust the Umpires fee I see they included information from "Property Loss Appraisal Network" ("P.L.A.N"). If the Policyholder wanted any part of P.L.A.N in the appraisal, they should have negotiated that into the appraisal from the beginning. That was not done.

8. It is also clear that the insurance company did not dispute the Umpires fee and costs but promptly paid their 50% share.

9. It is each of the appraisers duty to pass on all the information contained Umpires e-mail dated 11/12/2024 5:41 PM to their principals so that they are informed of the Umpires intentions and fees and costs expected. If the Policyholder or Insurance Company wanted to disagree with any part of the Umpires e-mail, they could have stated that at the onset of the appraisal. Neither party issued an exception and neither appraiser issued a disagreement.

10. I'd like to comment on your fee and costs of $18,000.00. You clearly stated your fee schedule in your e-mail of 11/12/2024 5:41 PM. There was no push back from the appraisers and understanding that your e-mail was passed on to each of the appraiser's principals, there was no push back from either the Policyholder or the Insurance Company. The $450.00 fee charged is for an "expedited" process which means you will use all your skills to complete all inspections, documents reviewed, panel discussions and rebuttals to any submissions etc. to bring this appraisal to conclusion.

11. On a personal note, I have adjusted claims, for an insurance company, since 1970 and until my retirement as an adjuster in 2016. I have adjusted tens of thousands of claims and have successfully concluded all of them. Some in appraisal and some in litigation. I have never been found to act in BAD FAITH while adjusting losses. After 2016 I devoted all my time to appraisals and arbitrations. I have attached my CV to demonstrate my record of achievements.

12. I've written EXPERT REPORTS and have charged a fee with the understanding that if I must appear in court my fee will be greatly increased. The same can be said for attorneys, medical professionals and other types of experts. The fee charged on this EXPEDITED appraisal is fair and reasonable.

13. I do not understand, nor is it explained, how plaintiff arrives at their arbitrary total fee of $8,000.00, $4,000.00 paid by each party. I have read the Affidavit of David Herring where he writes that he has seen fees of $275.00 to $400.00 which clearly indicates that there is a disparity in fees but no explanation on why. The schedule he submits, fees and hours, has fee rates of $306.79 and $266.80 on appraisals. I've never seen odd numbers like that in any appraisals I'm been involved in as both appraiser and umpire.

14. I submit that based on the amount of documents to be reviewed, site inspection, damages presented in dispute by both parties, expedited process and "Getting To Yes" with a three signature AWARD, the fee submitted by Toby Johnson is fair and reasonable.

FURTHER THIS DECLARANT SAYS NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 9th day of July, 2025.

*Charles H. Murray Jr.*
CHARLES H. MURRAY, JR.

Updated 03/29/22                         C  V



**FOUR POINTS CLAIM SERVICES**
**Charles H. Murray, Jr.**
*Insurance Consultant – Appraiser – Umpire -Commercial & Residential Claims*

29075 Channel Drive

Selbyville, DE 19975

(443) 903-1731

CMurray012@aol.com

| | |
|---|---|
| 1962-1966 | **MT. ST. JOSEPH COLLEGE PREPARATORY** |
| 1966-1967 | **UNIVERSITY OF MARYLAND-PRE-ENGINEERING** |
| 1968-1970 | **UNIVERSITY OF BALTIMORE- B.S. MARKETING & MANAGEMENT** |
| 1970-1973 | **GENERAL ADJUSTMENT BUREAU- MULTI-LINE ADJUSTER** |
| 1973-1973 | **FIREMAN'S FUND INS. CO.- PROPERTY ADJUSTER** |
| 1973-1974 | **FIREMAN'S FUND INS. CO.- TECHNICAL ADVISER** |
| 1975-1978 | **FIREMAN'S FUND INS. CO.- SENIOR TECH. ADVISER TO H.O.T.A.** |
| 1978-1979 | **FIREMAN'S FUND INS. CO.- ADMIN. CLAIMS MANAGER- "FALCON"** |
| 1979-1980 | **FIREMAN'S FUND INS. CO.- HOME OFFICE GENERAL ADJUSTER** |
| 1981-1984 | **FIREMAN'S FUND INS. CO.- BRANCH OFFICE GENERAL ADJUSTER** |
| 1985-1992 | **FIREMAN'S FUND INS. CO.- HOME OFFICE GENERAL ADJUSTER** |
| 1992-1998 | **U.S.F.& G. INS. CO.- HOME OFFICE GENERAL ADJUSTER** |
| 1998-2004 | **ST. PAUL FIRE & MARINE- EXECUTIVE GENERAL ADJUSTER (JUNE'98)** |
| 2004-2016 | **TRAVELERS INDEMNITY COMPANY– EXECUTIVE GENERAL ADJUSTER** |
| 2016-2018 | **FOUR POINTS CLAIM SERVICES, INC.** |
| 2018-2020 | Charles H. Murray, Jr. Consultant- Appraisals, Arbitrations Appraiser/Neutral/Umpire |
| 1970 | **INS. 21, INS. 22, INS. 23** |
| 1971 | **G.A.B. BASIC PROPERTY SCHOOL** |
| 1973 | **VALE TECH PROPERTY SCHOOL** |
| 1977 | **FALCON AUTO ESTIMATING SCHOOL** |
| 1977 | **BOYLE KIRKMAN AFFIRMATIVE ACTION COURSE** |
| 1977 | **H.O. COMMUNICATIONS SCHOOL** |
| 1977 | **MOBILE HOME ESTIMATING SCHOOL** |
| 1978 | **ARSON COURSE** |
| 1979 | **C.P.C.U 1** |
| 1980 | **ADVANCED PROPERTY SCHOOL** |
| 1986 | **NEGOTIATIONS, PUTTING THE PIECES TOGETHER** |
| 1986 | **COMPUTER HARDWARE & SOFTWARE COURSE** |
| 1986 | **BASIC BUSINESS INCOME- P.C.S.** |
| 1986 | **ADVANCED BUSINESS INCOME- P.C.S.** |
| 1990 | **FIDELITY & SURETY SCHOOL** |
| 2000 | **SCLA--LEGAL PRINCIPLES CLAIM  SPECIALIST (June '2000)** |
| 2000 | **CALIFORNIA FAIR CLAIMS SETTLEMENT PRACTICES TRAINING & CERTIFICATION, 2000, 2001, 2002, 2003, 2004,2005,2006,2007,2008,2009,2010, 2011,2012,2013,2014,2015,2016** |
| 2000 | **PARTNERING PERFORMANCE** |

**Exhibit A**

2000            SPANISH I: CULTURE & LANGUAGE, 2001, 2002

PRINCETON CONTINUING EDUCATION COURSES
        612-LETTERS THAT SUCCEED
        301- COMMUNICATIONS FOR RESULTS
        303-WHAT MANAGERS DO
        304-DEVELOPING & TRAINING TODAY'S WORKFORCE
        306-ACCOUNTING FOR MANAGERS
        316-MANAGEMENT IN HUMAN RESOURCES
        317-MANAGERIAL DECISION MAKING
        320-PERSONAL MANAGEMENT


FIREMAN'S FUND CONTINUING EDUCATION COURSES & SEMINARS
        MOTOR TRUCK CARGO LIABILITY
        TRANSPORTATION CLAIMS HANDLING
        BAILEE'S CUSTOMERS
        DEALERS
        WAREHOUSEMAN'S & FURNITURE MOVERS
        RADIO & TELEVISION
        EQUIPMENT-INLAND MARINE
        ACCOUNTS RECEIVABLE
        ELECTRONIC DATA PROCESSING
        CONTRACTORS EQUIPMENT
        VALUABLE PAPERS
        BUILDERS RISK & INSTALLATION FLOATERS
        JEWELERS BLOCK
        FURRIERS BLOCK
        MAIL INSURANCE

04-93           MARINERS OF THE BAY- BUSINESS INTERRUPTION SEMINAR

03-96           MARINERS OF THE BAY- CLAIMS CONFERENCE
        -CALCULATIONS OF INVENTORY LOSSES
        -ORDINANCE OR LAW ENDORSEMENT
        -APPRAISAL: THE TEN MOST FREQUENTLY ASKED QUESTIONS
        -6/95 ISO FORMS
        -ANALYSIS OF A HOUSE FIRE
        -INSURANCE FRAUD AND THE MARYLAND INS. ADMIN.

03-96           GEORGETOWN UNIV. LAW CENTER CONT. ED. DIVISION
        "BLACKSTONE IN CYBERSPACE"-COPYRIGHT, PATENT & TRADEMARK

06-96           LOSS EXECUTIVE ASSOCIATION SEMINAR
        -JUDICIAL INTERPRETATION OF ENSUING LOSS EXCEPTION- DAILY
        -MANAGING STRESS- RON SHULBY
        -PERSUASIVELY SPEAKING-MICHAEL SHADOW
        -STRATEGIC PLANNING & POLITIC OF CHANGE- COBB
        -MANAGING CHANGE IN A REMOTE WORKF0RCE-TUCKER
        -EMERGING ISSUES IN FIRE INVESTIGATION- HERNDON ATF
        -ADJUSTMENT PROBLEMS IN LAYERED INS. PROGRAMS- REILLY
        -HANDLING LAW & ORDINANCE PROVISIONS - MONTEJUNAS
        -RESOLVING DISPUTES IN BUSINESS INCOME LOSSES- MILLER
        -FORENSIC AUDITING OF FINANCIAL FRAUD- KRAMER, CPA

| | |
|---|---|
| 10-96 | **COZEN & O'CONNOR PROPERTY INSURANCE SEMINAR**<br>-PROF. LICENSURE REQUIREMENTS ON FIRE INV. AS EXPERTS<br>-NFPA 921 & PROPER LOSS SITE INVESTIGATION TECHNIQUES<br>-AVOIDING SIX PHANTOM ROADBLOCKS TO SUBROGATION CLAIMS<br>-DEVELOPMENTS IN BUSINESS INTERRUPTION INSURANCE<br>-DEPRECIATION OF PARTIAL LOSSES UNDER AN ACV POLICY<br>-PENNSYLVANIA LAW ON THE STANDARD COLLAPSE COVERAGE<br>-PENNSYLVANIA BAD FAITH LAW |
| 01-97 | **LOSS EXECUTIVES ASSOCIATION**<br>-FEDERAL INSURANCE ADMINISTRATION, SPENCE PERRY<br>-QUANITUM IMPROVEMENTS IN CASE MANAGEMENT, WILLIAM COBB<br>-ADJUSTMENT PROBLEMS IN LAYERED INS., REILLY & MARCUS<br>-MAJOR FIRE/EXPLOSION INVEST. OF NINTIES, WILLIAM PETRATIS<br>-ADJUSTER CERTIFICATION, GIL MALMGREN<br>-THE FUTURE OF OUR PROFESSION, LAWRENCE BRANDON<br>-PRESUASIVE COMMUNICATIONS, MICHAEL SHADOW |
| 04-06/08-97 | **PROPERTY LOSS RESEARCH BUREAU**<br>-NEGOTIATION TECHNIQUES<br>-DEALING WITH PUBLIC ADJUSTER<br>-BUILDERS RISK LOSSES, SUBSTANTIAL COMPLETION, A.I.A. CONTRACT |
| 06-18/20-97 | **LOSS EXECUTIVES ASSOCIATION**<br>-COMPUTER MODELING IN COMPLEX CONSTRUCTION & OTHER LOSS<br>-THE PAPERLESS CLAIMS DEPT.: DOCUMENT MGMT. & WORKFLOW<br>-ADJUSTMENT PROBLEMS IN LAYERED INS. PROGRAMS<br>-BUSINESS INTERRUPTION CLAIMS, EXTENDED PERIOD OF INDEM.<br>-USE OF MOCK TRIALS IN DEVELOPING STRATEGIES FOR PROP. LIT.<br>-DEVELOPMENTS IN ARSON INVESTIGATIONS |
| 01-28/30-98 | **LOSS EXECUTIVES ASSOCIATION**<br>-"IMPLICATIONS OF Y2K TO THE INSURANCE INDUSTRY"-JANET BACHMAN, V.P. A.I.A.<br>-"ACHIEVING Y2K COMPLIANCE"- JAMUS L. CASSELL, V.P. GARTNER GROUP<br>-COVERAGE & LEGAL ISSUES-Y2K-JAMES ANDERSON, "ROBINS CAPLAN", WAYNE KLOCKO, V.P. ALM<br>-SPOILATION OF EVIDENCE- REBECCA LEVY SACHS, "RODVEY, SACHS, MEANOR", PAT KENNEDY-"J.F. KENNEDY" CAUSE & ORIGIN INVEST.<br>-COMPANY/VENDOR PARTNERSHIPS, TOM UPMAN "V.P. CNA" & JERRY PROVENCHER, A.V.P. MARYLAND INS. GROUP, DIRECT REPAIR PROGRAMS<br>-SEXUAL HARASSMENT, JOHN ZANDY "WIGGIN & DANA", CASE STUDIES |
| 06-17/18/19-98<br>(6 HRS) | **LOSS EXECUTIVES ASSOCIATION**<br>-REVERSE & COMPARATIVE BAD FAITH, JACK GERACE<br>-COMMUNICATION IN THE QUOTA SHARE LOSS, DENNIS WITHERS<br>-Y2K CLAIMS ISSUES, LWG/RESTOR TEK HOT ISSUES, WILLIAM GOLDSTEIN<br>-CONTINGENT & SECONDARY DAMAGES RESULTING FROM Y2K-JACK DAMICO<br>-LEGAL ISSUES & SUBROGATION, JULIA MOLANDER |

| | |
|---|---|
| 06-22-98<br>(4 HRS.) | DEASEY, MAHONEY AND BENDER SEMINAR<br>-DEFENDING THE SEXUAL HARASSMENT CLAIM, JANE NORTH<br>-CLAIMS PROFESSIONAL'S PERSPECTIVE, JOHN KAMSTRA<br>-ASSUALT AND BATTERY EXCLUSIONS IN LIABILITY POLICIES, HARRY MALONE<br>-CONSTRUCTION, VALIDITY AND EFFECT<br>-"DRAM SHOP" LIABILITY, GERALD VALENTINI<br>-PENN. LAW, THIRD PARTY RIGHT TO SUE CARRIER, K. CRAIG McCHESNEY<br>-SPOILATION OF EVIDENCE, K. CRAIG McCHESNEY<br>-ACCIDENT RECONSTRUCTION, FTI DAVID MALONE, DAVID MALONE<br>-CONSTRUCTION LITIGATION, FRANK DEASEY & ROBERT MONGELUZZI |
| 06-27/28/29-99<br>(6 HRS) | LEA<br>-VIRTUAL REALITY ARSON INVESTIGATIN TRAINING PROGRAM JOE TOSCANO, ROBERT CORRY & SANDY BARNETTE<br>-COVERAGE ISSUES AND QUESTIONS- LARRY ZELLE<br>-VIRTUAL REALTY ARSON DETECTION PROGRAM-HANDS ON<br>-NEW GENERATION OF COLLAPSE CLAIMS-MARK SCHEER<br>-Y2K ANALYTICAL TECHNIQUES- NICK PASCUILLO |
| 01-27/29-99 | LEA<br>-VIRTUAL REALITY ARSON INVESTIGATION TRAINING PROGRAM<br>-GENERAL SESSION, LARRY ZELLE, ESQ.<br>-THE NEW GENERATION OF COLLAPSE CLAIMS<br>-Y2K-ANALYTICAL TECHNIQUES & PROCEDURES OF ROOT CAUSE |
| 03-29/31-99 | PLRB<br>-APPRAISAL PROVISIONS IN PROPERTY POLICIES<br>-MANAGING MAJOR COMMERCIAL BUILDNIG LOSSES<br>-MANUFACTURING BUSINESS INTERRUPTION<br>-GUILDING PRINCIPLES-OVERLAPPING COVERAGE<br>-Y2K-SUMMARY AND STRATEGIES FOR SUCCESS |
| 04-20-99 | PROPERTY INSURANCE SEMINAR- MARINERS OF THE BAY<br>-AGENT ERROR & OMISSIONS --ATTY. STANLEY LIPSHULTZ, CPCU<br>-Y2K PROPERTY COVERAGE ISSUES- ATTY. TIM BAMBRICK<br>-CATASTROPHIC LOSSES - CHARLES MURRAY-EGA ST. PAUL<br>-UNFAIR CLAIMS SETTLEMENT--ED ZINN, V.P. PENINSULA INS.<br>-CONTINGENT BUS. INTERRUPTION, CPA MARK REYNOLDS<br>-VANDALISM COVERAGE ISSUES- ATTY. GEORGE REEDE<br>-CAUSE & ORIGIN: THE CRITICAL CLUES, MICHAEL SCHAAL<br>-ARSON & SUSPICIOUS CLAIMS--DAVE PEARCE, TOM DIBBLEY, ATTY. CRAIG ROSWELL |
| 06-23/25-99 | LOSS EXECUTIVES ASSOCIATION<br>-JIM JONES     THE CLAIM ENVOIRMENT OF THE FUTURE<br>-JOHN JESSEN-THE USE OF ELECTRONIC DATA IN LITIGATION<br>-LARRY ZELLE- COVERAGE CURRENT ISSUES<br>-COS SURIANO & ED REILLY- UNIQUE WEATHER CLAIMS, SNOW REMOVAL, SUE & LABOR, LACK OF INGRESS OR EGRESS |

| Date | Event |
|---|---|
| 01-19/21-00 | **LOSS EXECUTIVE ASSOCIATION** |

- STEPHEN MARCUS- ADVICE OF COUNSEL DEFENSE
- NICK PASCIULLO- Y2K- MYTH OR FACT
- ALAN MILLER- OPEN FORUM
- MARK SCHEER- DECAY *& COLLAPSE-ADJUSTING CONTINUING LOSS
- GREG TOLSON- HOW TO BE AN EFFECTIVE DEPONENT
- LANE NEILSON- PRIVACY ISSUES IN THE INFORMATION AGE
- THOMAS REGAN- FRAUD INVEST. STRATEGIES: PRIZES AND PITFALLS

**03-26/29-00  PROPERTY LOSS RESEARCH BUREAU**
- ADVANCED PROPERTY SUBROGATION
- SUDDEN DAMAGE VS. MAINTENANCE PROBLEMS IN BLDGS.
- GOOD FAITH, AVOIDING PROPERTY LOSS LITIGATION #2
- ROOFING SYSTEM LOSSES #2
- PUBLIC ADJUSTERS & LARGE COMERCIAL LOSSES

**06-21/23-2000  LOSS EXECUTIVE ASSOCIATION**
- JUVENILE FIRESETTER INTERVENTION PROGRAM"- GOLEMBESKI
- THE RELATIONSHIP BETWEEN INS. COMPANIES & BROKERS"- PANEL
- MISCONCEPTIONS, PRECONCEPTIONS, BIAS TO FIRE INVESTIGATIONS
- JURY RESEARCH IN PROPERTY CLAIMS LITIGATION-ZACH GREENHILL

**07-18-200  COZEN & O'CONNOR SUBROGATION SEMINAR**
- INVESTIGATION TECHNIQUES
- POTENTIAL LIABILITY THEORIES
- SPOLIATION OF EVIDENCE
- EXPERT SELECTION
- ADVANCED THEORIES OF SUBROGATION
- PRORATION AGREEMENTS
- PROOF OF DAMAGE
- AVOIDING SIX PHANTOM ROADBLOCKS TO SUBROGATION
- DISCOVERY OF ELECTRONIC DATA

**09-28-2000  GUEST SPEAKER-- NAIIA Educational Seminar**
- The Nature of How Major Commercial Property and Business Income Losses are handled.

**02-07/09-2001  LOSS EXECUTIVE ASSOCATION**
- COMPLEX BUSINESS INTERRUPTION ISSUES- GETTE, CASILLAS, BANGS
- "SICK BUILDINGS" – MOLD-SEP. FACT FROM FICTION
- SUBROGATION –VISIONS OF FIRES & DISASTERS
- CYBERINSURANCE- COVERAGE & LOSS ASSESSMENT TOOLS

**03/12-14/2001  PROPERTY LOSS RESEARCH BUREAU**
MP1200 APPRAISAL PROVISIONS IN PROPERTY POLICIES
TP 1240 PROPERTY CASE LAW – PANEL 1
TA 0650 LARGE PROPERTY FRAUD LOSSES
WP 0620 FORENSIC FIRE INVESTIGATIONS
WA 0240 GOOD FAITH, AVOIDING PROPERTY LOSS LITIGATION

04/30/2001 TO 05/01/2001 PCS CATASTROPHE CONFERENCE 2001
        ACCOUNTING FUNDAMENTALS
        MANAGING SERVICE PROVIDERS
        NEW MADRID EARTHQUAKE
        CAT DUTY COMPENSATION
        REMEDIATION OF DAMAGE CAUSED BY MOISTURE & MOLD
        CLAIMS ISSUES IN AN ELECTRONIC AGE

06/13/2001    LOSS EXECUTIVE ASSOCIATION SUMMER '2001 – 9 CREDIT HOURS
        THE ELECTRICITY CRISIS – BALL, REITH, KEARY, CARLSON
        CLASS ACTION – NELSON & HORST
        HOW TO MANAGE CHANGE & UTILIZE NEWFOUND KWLGE – PRUITT
        LARGE MACHINERY & EQUIP. LOSSES --- DOLCE & MILONE
        CAPTIVE/EXCESS & MULTILAYER PROB.& ISSUES – SURIANO, EVANS

06/06/2001    ORGANIZING YOUR TIME – ST. PAUL UNIV. --- 4 CREDIT HOURS

01/23,24,25/02    LOSS EXECUTIVE ASSOCIATION
        -GENERAL SESSION – 3.0 CE
        -HIDE & SEEK, Maria Soterduous – 3.0 CE
        -BOILER & MACHINERY, LARRY GORDON – 3.0 CE

01/22/2002    SCLA – PROPERTY CLAIMS LAW ASSOCIATE - CERTIFICATION

01/30/2002    COZEN & O'CONNOR 2002 INSURANCE LITIGATION SEMINAR – 3.5 CE

02/21/2002    GUEST SPEAKER, WASHINGTON CLAIMS ASSOCIATION & BLUE GOOSE
- WAR AND WARLIKE OPERATIONS
- ACT OF CIVIL AUTHORITY
- ACTS OF TERRIORISM IS VANDALISM

04/08,09,10/02    PLRB – Anaheim, Ca.
        -Preparing for Your Deposition – 3 Credits
        -Coverage Issues In Mold Claims – 1.5 Credits
        -Adjusting Multi-Million Dollar Cat Losses --- 1.5 Credits
        -Hold Remediation --- 1.5 Credits
        -Duty to Defend --- 1.5 Credits
        -Building Codes --- 3 Credits
        -Taking Inventory & Understanding Stock Losses – 3 Credits

06/12,13,14/02    Loss Executive Association
        -The World Trade Center Attacks -- 3 Credits
        -WTC and Terrorism – Incl.
        -Business Interruption & WTC Issues --- 3 Credits
        -Adjusting Civil Authority and Loss of Access Claims – 3 Credits

08/19-20/02    Defense Resolution Institute
        -Speaker:: "Winning Techniques in Fire Claim Investigation"
            -Laurence H. Leavitt, Friedman, Babock, Gaythwaite, Wolf, Leavitt, LLP
            -Charles Murray, RPA, LPCS – Prosecuting Subro Litigation


01/15-17/03    Loss Executive Association ( 8Hrs.)
        -General Session "Mold" & "Ethics" (2 Hrs.)
        -"Evolution of Direct Physical Damage" (3Hrs.)

                    -"Contingent Business Interruption" (3 Hrs.)

**04/02/03**         **PLRB/LIRB**
- Case Law Developments (3 Hrs.)
- Boiler & Machinery Losses (3 Hrs)
- Duty to Defend (1.5 Hrs)
- Fraud, Lightning & Subro (1.5 Hrs)
- Fraud Under Commercial Policies (1.5 Hrs)
- Interviewing Techniques (1.5 Hrs)
- Appraisal Provisions In Property (3 Hrs)

**01/21-23/04**     **Loss Executive Association (9Hrs.)**
  9 Hrs.
- General Session
- Reinsurance
- Shedding Light on Blackout
- The Northridge Earthquake Litigation
- Business Interruption in the Age of Disaster
- Adjusting Commercial Losses with Landlord & Tenant
- Appraisal in Large Losses

**02/04-07/04**     **Windstorm Insurance Network (9 Hrs.)**
  9 hrs.         -National Flood Insurance Program (NFIP)-Flood Adjustment Certification

**03/15-17/04**     **PLRB (15 Hrs.)**
  15 Hrs.
- Reinsurance For the Claims Professional
- Mortgagee Claims
- Case Law Developments In Property Claims
- Collapse
- EUO
- Stock Losses
- Sue & Labor
- Economic Losses & Property Damage

**06/17/18-04**     **Loss Executive Association (8 Hrs.)**
  8 Hrs.
- Who Is Stealing Your Identity
- How To Avoid Being Ambushed By Your Reports
- Service Interruption Claims
- Mold and Related Claims Issues

**07/29-30/04**     **Florida Continuing Education Seminar (11 Hours/Credits)**
  11 Hrs.            Rimkus and Casagrande & Assoc.
- Structural Fire Analysis- (1 Hour/Credit)
- Sinkhole Training: Legal and Technical Aspects- (3 Hours/Credits)
- Product Liability & Subrogation- (1 Hour/Credit)
- Premises Liability: What's New in the Neighborhood- (3 Hours/Credits)

**YTD-52 Hrs.**    -Ethics: Legal Concepts – (3 Hours/Credits)

**08/05/04**         **Studler, Doyle & Company's**
  7.5 Hrs.      - Handling Employee Dishonesty Claims – 7.5 Hrs.

**10/26-28/2004**    **Xactimate Basics Building Damage Estimating**

**03/15/05**         **Sullivan Cluster Meeting- Hunt Valley, MD.**
  2 Hrs.          -LWG "Large Complicated Claims Dealing With Warranties"- 2 Hrs.

| Date | Description |
|---|---|
| 01/20-21/05<br>10.75 Hrs. | **LEA Conference, January 19-21, 2005**<br>-9/11 Subrogation Activities - .5 Hrs.<br>-Changes & Challenges In Adjustment of Losses- .75 Hrs.<br>-Handling International Claims – 1.25 Hrs.<br>-Hurricanes 2004 – 4.0 Hrs.<br>-Complex Builders Risk Claims In The Big City – 4 Hrs. |
| 04/18-20/05<br>16.5 Hrs. | **PLRB- 2005 Claims Conference- San Antonio, TX – 16.5 Hrs. Total**<br>-General Session- 1.5 Hrs.<br>-Large Property Loss Adjustment- 1.5 Hrs.<br>-Appraisal Provisions In Property Policies- 3.0 Hrs<br>-Case Law Developments In Property Claims- 3.0 Hrs.<br>-Catastrophe Fraud- 1.5 Hrs.<br>-Accident Scene Investigations- The Human Factor- 1.5 Hrs.<br>-Ethical Dilemmas In Adjusting Claims – 3.0 Hrs.<br>-Business Interruption, Period of Restoration – 1.5 Hrs. |
| 06/22/2005<br>6 Hrs. | **Xactimate 24 Training – 6 Hrs.** |
| 07/13-14/2005<br>12 Hrs, | **Rimkus / Cassagrande Continuing Education Seminar In Florida – 12 Hrs. Total**<br>-Ethics – 2 Hrs.<br>-Structural Fire Analysis – 1 Hr.<br>-Technology In Vehicle Accident Reconstruction – 1 Hr.<br>-Litigation Roadmap: A Guide to the Legal Process – 1 Hr.<br>-Electrical Failure Analysis – 1 Hr.<br>-Sinkhole Training: Legal and Technical Aspects – 3 Hrs.<br>-Product Liability and Subrogation – 1 Hr.<br>-Property Case Law Update – 1 Hr.<br>-Liability Coverage & Case Law Issues – 1 Hr. |
| 12/22/05 | **Corporate E-Compliance Course Certificate of Completion** |
| 02/09-11/06<br>(11 CE HRS) | **Windstorm Insurance Conference**<br>-2005 Hurricane Season Overview<br>-Natural Disaster Mediation<br>-Hurricane Panel<br>-Appraisal: All You Need To Know But Were Afraid To Ask<br>-Wind v Wave Damage- Engineering Studies<br>-Catastrophic Loss: The Integral Roles of Adjuster and Expert<br>-Why Good Enough Never Is<br>-Preparing For Appraisal: Fundamentals Are Worth Revisiting<br>-Effective Trial Techniques In A Windstorm Case<br>-Property Law Case Updates<br>-Victors Without Victims: Managing Conflict |
| 04/02-05/06 | **Property Loss Research Bureau, Nashville, TN  (10.5 Hrs.)**<br>-General Session                     1.5 Hrs.<br>-Good Faith Claims Handling     1.5 Hrs.<br>-Faulty Workmanship In Property Claims           1.5 Hrs.<br>-Bad Faith & Punitive Damages   1.5 Hrs.<br>-Accident Scene Investigation      1.5 Hrs.<br>-Property Case Law Update         3.0 Hrs. |
| 06/07-08/06 | **LEA, Baltimore, Md.               (6 Hrs.)** |

        -General Session           1 Hr.
        - General Session          1 Hr.
        - Computer Forensic Technology 1 Hr.
        -Issues with Public Adjusters     3 Hrs.

**06/28-29/06**        **Casagrande / Rimkus 3rd Annual CE Education Seminar ( 10 CE Credits)**
- **Ethics- How to Select and Use Consultants**    **1 Hr**
- **Product Liability & Subrogation**    **1 Hr**
- **Legislative Update (LAW)**    **1 Hr**
- **Getting Fees Back- "No really, getting fees back."**    **1 Hr**
- **Property Cases- Law Update**    **2 Hrs**
- **Evaluation of Structure Fire**    **1 Hr**
- **Ethics, Professional Engineers**    **1 Hr**
- **Tile Damage Evaluation**    **1 Hr**
- **Plumbing Systems Failure**    **1 Hr**

**07/11-13/06**        **National Property Claim Leadership Conference**
        -Hartford, CT.

**01/30/07**        **8th Annural Windstorm Conference (17 Hrs.)**
        -Keept the Trust in Catastrophe    1 Hr
        -Psychology of the Catastrophe Claim    1 Hr
        -All or Nothing at All: Valued Policy Law    2 Hrs
        -Appraisal from A to Z    2 Hrs
        -Bad Faith: An ILL Wind or Benign Zepher    2 Hrs
        -Catastrophe Claim Fraud    2 Hrs
        -Florida's Building Code Update    2 Hrs
        -Subrogating Wind Losses    2 Hrs
        -Cause & Origin of Water Damage    2 Hrs
        -Customer is Always Right?    1 Hr

**03/19-21/07**        **PLRB  (16.5 Hrs.)**
        -General Session-Rquired    1.5 Hrs
        -Business Interruption- Period of Restoration    1.5 Hrs
        -Accident Scene Investigation    1.5 Hrs
        -Appraisal, Preparing and Winning    1.5 Hrs
        -Ethical Delema's in Adjusting    3.0 Hrs
        -Property Case Law Update    3.0 Hrs
        -Builders Risk Claims    1.5 Hrs
        -Business Interruption- Small Losses    1.5 Hrs
        -Enviormental Property Damage- Toxic Torts    1.5 Hrs.

**06/19-21/07**        **Property: Earthquake Claim Handling, Rancho Cordova, CA.  ( 8 Hrs.)**

**06/11-13/08**        **LEA EDUCATIONAL CONFERENCE   ( 8 Hrs)**
        -The Adjusters Toolbag    3.0 Hrs
        -Evaluating Large Complex Losses    3.0 Hrs
        -The Credit Crunch & Foreclosures    1.0 Hrs
        The Brain Drain in the Insurance Industry    1.0 Hrs

**04/14-15-16/08**    **PLRB ANNUAL CONFERENCE  (13.5 Hrs)**
        -General Credit    9.0 Hrs
        -Ethics    4.5 Hrs

**02/4-5-6/09**        **LEA Educational Conference (8 Hrs)**

|  |  |  |
|---|---|---|
| | -General Credit Courses | 8.0 |
| 03/23-24-25/09 | PLRB ANNUAL CONFERENCE (16 Hrs) | |
| | -General Session | 1.0 Hrs |
| | -Layered & Quoto Share Property Ins & Lit | 1.5 Hrs |
| | -Cat Mgm't Psycological Trauma | 1.5 Hrs |
| | -Business Interruption Loss Appraisal | 1.5 Hrs |
| | -Comm. Prop. Forms & Endorsements | 1.5 Hrs |
| | -Punitive Damages & Good Faith | 1.5 Hrs |
| | -Extra Expense Issues & Coverage | 1.5 Hrs |
| | -Property Case Law Update | 3.0 Hrs |
| | -Rule School – Ethics in Adjusting | 3.0 Hrs |

**Casagrande / Rimkus Conference June 27th to June 28th   Florida CE**
2009 Property Case Law Update
Construction Vibration Property Damage Investigations
Using Video Graphics In Vehicle Accident Reconstruction
Automotive Equipment Failure Analysis
Defending Premises Liability Claims in a Difficult Economy
2009 Legislative Update & Recent Trends in Property Claims
Structural Fire Damage Evaluation
Spoliation of Evidence in Insurance Claims
Investigation of LP Gas Fires in Residential Structures
Adjuster Code of Ethics Unlicensed Practice of Law

**PLRB    March 21 to March 24    Texas, North Carolina, Delware CE**
Extra Expense: Issues in Coverage and Adjustment
Business Income Documentation:  Analysis & Authentication
Adjusting a Loss When a Public Adjuster Intervenes
Commercial Roofing Losses
Ethical Decision Making
Rule School: Ethics of Adjusting Property Claims
Property Case Law
Effective Mediation, Arbitration & Appraisal of Property Claims
Water Loss Contractor Accountability

**Casagrande / Rimkus Conference June 27th to June 28th   Florida CE**
2010 Property Case Law Update
Product Failure Analysis
Chinese Drywall Claims
Fires During Construction
Spoliation of Evidence
2010 Florida Legislative Update & Recent Trends Related Case Law
Green Construction:  Identifying Failures & 3rd Party Liability
Bogus Billing
Trip & Fall - Who's at Fault
Practiced Ethics for Insurance Professionals


**PLRB/LIRB  April 4th to April 6th, 2011**
General Session   1.5
Indentifying Subro & Recovery Following A Weather Event   1.5
Manufacturing Business Income Losses   3.0
Property Case Law Developments   3.0
Places of Worship Claims  1.5
Commercial Insurable Interest   1.5

Litigation Management College  3.0
Pre-engineered Metal Buildings   1.5
Property Coverage – Interplay of Insurance Policies and Law   1.5


**2012,2013,2014  PLRB 18 CE CREDITS PER YEAR  --- 54 CREDITS**
**2012, 2013 RIMKUS CONFERENCE 15 CE CREDITS/YEAR = 30 CREDITS**
**2015 FLORIDA – 5 CE CREDITS IN ETHICS & LEGAL**
**2015 PLRB  -  ANAHEIM  15 Credits**

       **LICENSED: (RETIRED 02/26/2016 – ALL LICENSES WILL LAPSE)**
       **CALIFORNIA – ANNUAL GOOD FAITH CLAIMS & EARTHQUAKE CERT.**
       **CONNECTICUT – CASUALTY ADJUSTER- ALL LINES # 001083168**
       **DELAWARE- PROPERTY (4) NON-RES. #9319**
       **FLORIDA, NON-RES. PROP. & CASUALTY ADJUSTER, # A187700**
       **GEORGIA- REGISTERED OUT OF STATE STAFF ADJUSTER**
       **KENTUCKY**
       **LOUISIANA – Lic.#: 429069**
       **NEW HAMPSHIRE- PROPERTY & CASUALTY # 382427-Lapsed**
       **NEW MEXICO- STAFF ADJUSTER LIC. # 663853**
       **NORTH CAROLINA- 632445**
       **OKLAHOMA- PROPERTY, FIRE & MARINE # 25828**
       **RHODE ISLAND**
       **SOUTH CAROLINA- 22- PROPERTY**
       **TEXAS--- Lic. #:  506898**
       **VERMONT**
       **WEST VIRGINIA**
       **WYOMING**

**PROFESSIONAL ORGANIZATIONS PARTICIPATED IN:**
       **RPA - # 786 – REGISTERED PROFESSIONAL ADJUSTER**
       **LEA--LOSS EXECUTIVE ASSOCIATION- Lapsed**
       **PCS--PROPERTY CLAIMS SERVICES**
       **PLRB--PROPERTY LOSS RESEARCH BUREAU- RETIRED**
       **MARINERS OF THE BAY- PROPERTY & INLAND MARINE ORG. Past Pres.**
**President**
       **WINDSTORM INSURANCE NETWORK**
       **SCLA – SOCIETY OF CLAIM LAW ASSOCIATES**
           -Legal Principles June '2000
           -Property Claims Law 'January 2002

**CATASTROPHE DUTY:**
       **HURRICANE AGNES**
       **HURRICANE FREDERICK**
       **HURRICANE HUGO**
       **HURRICANE ANDREW**
       **HURRICANE BOB**
       **HURRICANE IWA**
       **HURRICANE FRAN**
       **SANTA BARBARA FIRESTORM**
       **OAKLAND FIRESTORM**
       **LOMA PRIETA EARTHQUAKE**
       **NORTHRIDGE EARTHQUAKE**
       **ORLANDO TORNADO'S**
       **HURRICANE GEORGES'**

**FOUR TIMES SQUARE SCAFFOLD COLLAPSE**
**HURRICANE FLOYD**
**HURRICANE ALLISON**
**WORLD TRADE CENTER**
**HURRICANE ISABEL**
**HURRICANE CHARLEY**
**HURRICANE FRANCES**
**HURRICANE JEANNE**
**HURRICANE IVAN**
**HURRICANE KATRINA**
**HURRICANE RITA**
**HURRICANE WILMA**
**HURRICANE IKE**
**HURRICANE SANDY**
**LOUISANA TORNADO'S**
**HURRICANE MARIA – PUERTO RICO**
**'10 MARYLAND, VIRGINIA, WASHINGTON DC SNOW COLLAPSES**
**\*\*\*NUMEROUS OTHER LOCALIZED CATASTROPHES'**